# EXHIBIT 1
# Declaration of Terrence Sullivan

Am 27.11.2015 um 13:29 schrieb Silvia van Os <Silvia@trendsgroep.nl>:

Dear Aurore,

Thanks for your fast reply.
I need the following information for the period of 4th till 15th Februar:
- Do we proceed only the mail we receive in all our PO Boxes instead of sending it to Singapore in that period?
- Or do we also receive the PO boxes from Asendia or from Singapore?
- And I need the complete list for the cheque proceeding for all the actions.

The only thing I have to do is hiring more people to do the job.
That means we can help you in every way☺

Best regards,
Silvia

**Van:** Aurora Jouffroy [mailto:aurore@chel-uk.com]
**Verzonden:** vrijdag 27 november 2015 13:16
**Aan:** Silvia van Os
**CC:** Marie da Silva (mdasilvia@chel-uk.com); Roberto Pantalena
**Onderwerp:** Re: Operations by Trends from november on

Dear Silvia,

regarding the japanes cheques, Marie will get back to you.

Regarding chinese new year - I'm starting to organise everything!
Please let me know which information you need from me.
This affects the following period:
from 4th to 15th feb 2016

Best
Aurore Jouffroy
aurore@chel-uk.com
Cell +41 76 544 63 78


Am 27.11.2015 um 11:54 schrieb Silvia van Os <Silvia@trendsgroep.nl>:

Good morning Marie and Aurore,

I've send you last week the mail below.
Is there any news about the Japanese cheques? Can I send them to Koji in Japan?

And another question;
In the past Trends took always care for proceeding the mail with Chinese New Year.
Till 2014 also Asendia and Singapore send the mail to Trends.
In 2015 we took care for our own mail instead of sending it to Singapore in that particular period.
Can you inform me what the planning is for Chinese New Year in 2016?

Thanks for all your answer and I wish you both a great weekend.

Regards,
Silvia


**Van:** Silvia van Os
**Verzonden:** woensdag 18 november 2015 16:49
**Aan:** Marie da Silva (mdasilvia@chel-uk.com)
**CC:** Aurora Jouffroy (aurore@chel-uk.com)
**Onderwerp:** FW: Operations by Trends from november on

Good afternoon Marie,

I delivered the first cheques to Global Collect and hopefully I did the right thing.

In the attachment the list you send me on October 16th. All the cheques are going to Global Collect...I thought.
I can't unfold the erxcel you send me so I can't check it.
The "problem" is that Global Collect send me back the Japanese Money Orders (cheques).
We use to send them to Mitaka Trade (Koji) in Japan.

Can you please take a look for me in the excel file?

Thanks for your help and have a nice evening.

Regards,
Silvia

---

**Van:** Marie Da Silva [mailto:mdasilva@chel-uk.com]
**Verzonden:** vrijdag 16 oktober 2015 11:56
**Aan:** Silvia van Os
**CC:** Aurora Jouffroy
**Onderwerp:** RE : Operations by Trends from november on

Hi Silvia,

Please find attached the list.

Best regards,

Marie

---

**De :** Silvia van Os [Silvia@trendsgroep.nl]
**Date d'envoi :** vendredi 16 octobre 2015 11:26
**À :** Marie Da Silva; taze@datain.ch
**Cc :** Chantal Seguy; Aurora Jouffroy; marion@piranha.fr
**Objet :** RE: Operations by Trends from november on

Hi Marie,

Just reading this mail to Tanja.
Yes please, give me the list so I can prepare the lists for the cheque shipments.
On this moment only PacNet and Global Collect?

Thanks☺
Silvia

---

**Van:** Marie Da Silva [mailto:mdasilva@chel-uk.com]
**Verzonden:** vrijdag 16 oktober 2015 9:14
**Aan:** taze@datain.ch
**CC:** Silvia van Os; Chantal Seguy; Aurora Jouffroy; marion@piranha.fr
**Onderwerp:** TR : Operations by Trends from november on

Hi Tanja,

I did not rec'd any instructions from Pacnet on GBP check.

So, I am going to sent to Sylvia the list-check with the distribution between Pacnet and Global Collect in its last version, changed on 25/08/2015.

Best regards,

Marie

---

**De :** Silvia van Os [Silvia@trendsgroep.nl]
**Date d'envoi :** vendredi 16 octobre 2015 09:06
**À :** Tanja Z. (taze@datain.ch)
**Cc :** Erik Dekker; Chantal Seguy; Marie Da Silva; Carola M. (cama@datain.ch); marion@piranha.fr
**Objet :** FW: Operations by Trends from november on

Dear Tanja,

I just saw the other mail, that's answers one of my questions.
I only need the answer for the cheques☺

Regards,
Silvia

---

**Van:** Silvia van Os
**Verzonden:** vrijdag 16 oktober 2015 9:05
**Aan:** 'Tanja Z.'; 'Aurora Jouffroy'
**CC:** Erik Dekker; 'Chantal Seguy'; 'Marie Da Silva'; 'Carola M.'; 'Marion Elchlepp'
**Onderwerp:** RE: Operations by Trends from november on

Dear Tanja,

Thanks for all the information and we'll proceed MF as we used to do.
I only need information about the cheque proceeding, is everything going to PacNet or Global or whatever.
And what about the data entry? We still have all the access in QFNS, we can entry it all or do you want to have the forms on the server.

That's all for now.
I wish you all a nice weekend.

Regards,
Silvia

---

**Van:** Tanja Z. [mailto:taze@datain.ch]
**Verzonden:** vrijdag 16 oktober 2015 7:32
**Aan:** 'Aurora Jouffroy'; Silvia van Os
**CC:** Erik Dekker; 'Chantal Seguy'; 'Marie Da Silva'; 'Carola M.'; 'Marion Elchlepp'
**Onderwerp:** AW: Operations by Trends from november on

Dear Silvia,

just in addition to Auroras E-Mail.
K-Mailings belong to Mailingforce. So all money for K-Projects go to Mailingforce account.

In addition to what Aurora said with banking: With cash please also proceed as always. Separat X and Y Mailings from all the others and collect the money in your accounts and make transactions to MF or O3 bank accounts on advise from Marie.

So everything as it was before.
Reports also as always please.
Thank you very much!

Kind regards & have a great weekend
Tanja

---

**Von:** Aurora Jouffroy [mailto:aurora@chel-uk.com]
**Gesendet:** Freitag, 16. Oktober 2015 02:39
**An:** Silvia van Os <Silvia@trendsgroep.nl>
**Cc:** Tanja Z. <taze@datain.ch>; Erik Dekker <Erik@trendsgroep.nl>; Chantal Seguy <chantal@chel-uk.com>; Andre Griere <andre@chel-uk.com>; Marie Da Silva <mdasilva@chel-uk.com>; Carola M. <cama@datain.ch>; Marion Elchlepp <marion@piranha.fr>; Pierre-Henri Bouhourd <pbouhourd@chel-uk.com>; Camille Rousseau <crousseau@chel-uk.com>
**Betreff:** Operations by Trends from november on

Good morning Silvia,

K-Mailings as I said will be starting in november.
And regarding MF & O3 mailings we would like to start on 1st november. According to this date all mailings arriving at the following PO Boxes.

PO Box 1189 - NL 3600 BD Maarssen
PO Box 1219 - NL 3600 BE Maarssen

 will be operated by Trends.
- opening the letters
- entering the data directly into PIPA (no scanning and forwarding to Vietnam)
- banking (forwarding to Pacnet)
*Please note: same operations for K-Mailings*

Regarding the formulary. There aren't any changes on our side and all the data are already known by Trends. Should you need anything else, please feel free to contact me.

Thank you for your patience and best regards,
Aurore Jouffroy
aurore@chel-uk.com
Cell +41 76 544 63 78


Am 12.10.2015 um 11:32 schrieb Silvia van Os <Silvia@trendsgroep.nl>:

> Dear Tanja,
>
> Sure, I make everything in double excel files.
>
> Regards,
> Silvia
>
> ---
> **Van:** Tanja Z. [mailto:taze@datain.ch]
> **Verzonden:** maandag 12 oktober 2015 11:24
> **Aan:** 'Aurora Jouffroy'; Silvia van Os
> **CC:** Erik Dekker; 'Chantal Seguy'; 'Andre Griere'; 'Marie Da Silva'; 'Carola M.'; 'Marion Elchlepp'
> **Onderwerp:** AW: Answering your mail
>
> Dear Silvia,
>
> and as in former times separated for x and y mailings please!
> kind regards
> tanja
>
> ---
> **Von:** Aurora Jouffroy [mailto:aurore@chel-uk.com]
> **Gesendet:** Montag, 12. Oktober 2015 11:22
> **An:** Silvia van Os <Silvia@trendsgroep.nl>
> **Cc:** Erik Dekker <Erik@trendsgroep.nl>; Chantal Seguy <chantal@chel-uk.com>; Andre Griere <andre@chel-uk.com>; Marie Da Silva <mdasilva@chel-uk.com>; Tanja Z. <taze@datain.ch>; Carola M. <cama@datain.ch>; Marion Elchlepp <marion@piranha.fr>
> **Betreff:** Re: Answering your mail
>
> Dear Silvia,
>
> thank you for your answer. I will check on our side regarding the starting date and will get back to you asap with all details and the fulfilled formulary „customer data".
>
> And yes the reports shall be the same it was so far for Mailing Force.
>
> Best regards,
> Aurore Jouffroy
> aurore@chel-uk.com
> Cell +41 76 544 63 78
>
>
> Am 12.10.2015 um 10:50 schrieb Silvia van Os <Silvia@trendsgroep.nl>:
>
>> Dear Aurora,
>>
>> Thanks you for your mail.
>> I hope you had a good and successful time in Boston and I understand completely the communication and time lag.
>>
>> Thanks for giving us the opportunity to proceed the K-Mailings and the two PO Boxes.
>> I assume you want the reports on the same method as we did before for Mailing Force?
>> We'll proceed the incoming mail and take care of the cash management and cheque shipment.
>> You'll receive the daily report, incoming cheque report and Tresor list.
>> Do you want me to send the cheques to PacNet or will you provide me a list with the several promotion/countries and the name of the cheque company?
>> Do we also have to data entry the forms or do we have to scan them and put them on the server?
>>
>> This week I'll make the reports stand by and send them to you for approval. If you want to change

anything, please let me know.
When do you want me to start proceeding the PO Boxes?

In the attachment a Customer Data form.
Can you please fill this in and send it back to me?

I'm looking forward to do business again and please let me know if I ca do anything for you.

Have a nice Monday.


Thank you and best regards,

Silvia van Os
International Office Manager



Trends Service in kommunikatie B.V.

Zonnebaan 54 | 3542 EG Utrecht | The Netherlands      silvia@trendsgroep.nl
www.trendsgroep.nl                                    0031 – 30 241 24 22

Please consider the environment before printing

---

**Van:** Aurora Jouffroy [mailto:aurore@chel-uk.com]
**Verzonden:** vrijdag 9 oktober 2015 16:22
**Aan:** Erik Dekker
**CC:** Silvia van Os; Chantal Seguy; Andre Griere; Marie Da Silva; Tanja Z.; Carola M.; Marion Elchlepp
**Onderwerp:** Re: Answering your mail

Dear Erik,

thank you for your email and apologies. I appreciate!
Also excuse my late answer. I'm on holiday and not checkin daily my emails. And also due to the DMA in Boston we were all a bit dispatched around the world the last days and the communication isn't easy with the time lag.

After internal discussions and consulting. We agree for giving Trends the opportunity to do again the work you have been doing so far and operate for all K-Mailings. That means the opening and recording in our system and banking.

On top to those K-Mailings we also would adding two PO Boxes, on which we also here wants Trends to operate on the opening, recording in our system and banking the mailings for PO Box 1189 - NL 3600 BD Maarssen and PO Box 1219 - NL 3600 BE Maarssen. We thing with this solution, the work/handling is also for you easy and fast as both PO Boxes are located at the same place.

Regarding the K-Mailings, I can inform you that the first mailing will be sent by 27th november (1 mailing per week) and you know as best which Po Boxes we're using for that…

Please let me know, what you need to know and/or have from our side and I get back to you as soon as I know from when on we can start with the traditional mailings.

Thank you for your patience and understanding!

Best regards,

Aurore Jouffroy
aurore@chel-uk.com
Cell +41 76 544 63 78
Am 01.10.2015 um 17:21 schrieb Erik Dekker <Erik@trendsgroep.nl>:

Dear Aurora,

Thank for answering my mail.

First also my apologies for the late reaction.
Reason for this is that your mail got into my spam box.
And I was in a meeting the last three days out of the Netherlands and has no total reach on my IPad.

Also I'm sorry to read that you found the tone rude and unfriendly.
It was not my option to upset you on this, but meant as purely business.

We understand very well the loss of Bernard for you and your family.
I also lost my dad two years ago which has a great loss.

However we at Trends could take a lot of your problems out of your hand and reduce the great
risk on your incoming mail and send this thru.

Also we had spoken in Gibraltar to André and Tanja and Carola about your business.
Bernard was always very fond on quick reaction and fast handling.
Incoming at Trends, saving and transit will increase the response time to your customers.
Handling in Asia will be cheaper but takes a lot of more time we heard in the conversations.
May be this will give them the opportunity on a lower pricing.

With Bernard, we agreed to "start" again to improve our quality and speed in handling your business.
And, as we think, against a real fair and reasonable price!!!

Of course we understand your problems to keep up the business without the knowledge of Bernard.
From Silvia I understood that you and the other members of "the family" have a lot of
questions asked to sort thing out and give you the answers you needed. For free!!
Because we think we are a part of the family too!

Reading again, even after promises after the dead of Bernard, we thought
to get back some business with the K-mailings.

But that's not a big issue for us, this special project.
We want to do the business we used to and keep risk low by opening, caging and handling
the incoming response in the Netherlands.

When only the business will be opening P.O boxes and send thru to Asia,
on the exceptionally low given price to Bernard (€ 0,07 for all), we can't
and we will not be able to do this after the 31th of December.

All our clients do more than only providing P.O boxes and send thru service.
And if they started just this way, they pay a lot more than the € 0,07.

We, Silvia and I, think that there must be a way to do business again "as usual" against a fair price.
We don't want all the business, just a part of it!

May be it's a good idea to set up a meeting with all the people mentioned in this e-mail and
see how we can sort this out and stay in "the family".

Hope this answer reach you well and does not upset you again.

Waiting for your answer,

Thank you and best regards,

Erik Dekker
Director


Trends Service in kommunikatie B.V.
-----------------------------------------------------------------------------------------------------
---------------------------

H Zonnebaan 54 | 3542 EG Utrecht | The Netherlands        Z erik@trendsgroep.nl
] www.trendsgroep.nl
    0031 – 30 241 24 22
--------------------------------------------------------------------------------------------------------

Π  Please consider the environment before printing


-----Oorspronkelijk bericht-----
Van: Aurora Jouffroy [mailto:aurore@chel-uk.com]
Verzonden: vrijdag 25 september 2015 15:01
Aan: Erik Dekker
CC: Silvia van Os; Chantal Seguy; Andre Griere; Marie Da Silva; Tanja Z.; Carola M.; Marion Elchlepp
Onderwerp: K-Mailings

Dear Erik,

first my apologies for the delay in getting back to you. To be honest, I had to read your email again and again as I was really taken aback by your rude and unfriendly tone.
Therefore I needed some time to find the right words for my reply.

As you know the last months have been very difficult for all of us. Neither me, nor Chantal or Marion (Bernhard's daughter) had been involved in the business before.
After Bernhard's sudden and unexpected death we had to take over from one day to the other.

This was very tough for all of us because we had to cope with our terrible loss and at the same time be strong and work hard to save the business for everybody.
Not only for our family but also for all the long term partners and suppliers.
We are very glad that we managed to make it so far and of course we are very thankful that all our partners have assisted us in these difficult times.
However, the business for the last 6 months has not been as successful as in the past which is logical under these circumstances.
Bernhard's long experience and knowledge of the market is not easily replaced.

Therefore our main objective is to save costs wherever possible and that's why I told Silvia that for the K-Mailings everything should be sent to SGP like for all the other mailings.
I was not aware that Bernhard had previously promised you more business and especially the K-Mailings.

Of course I know and appreciate your long term relationship with Bernhard and I also understand your concern with the P.O. boxes.

If you are willing to talk I hope we will find a solution to continue our cooperation with a benefit for both parties.

Please let me know if you are open for a discussion or if your decision is final.

Thank you and best regards
Aurore Jouffroy
aurore@chel-uk.com
Phone +41 65 544 63 78


<customer data.xlsx>


<Actions Acceptés- Aug 2015.xls>

FIOD-01-SVO-000000016581