# EXHIBIT 4
# Declaration of
# Terrence Sullivan







DOCUMENTS WITH A RESPONSE DEADLINE

Information on the amount of the prize and payment methods is enclosed:

**URGENT** ☒

**as requested**
(Details enclosed) ☑

Payment enclosed:

Reply:

Reserved for the recipient named opposite

Z86 USA

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

CONFIDENTIAL DOCUMENTS *** NON-TRANSFERABLE *** SEALED BY PRECAUTION

RETURN THE
PRIZE NUMBER
IN TIME
TO ASSURE

**PAYMENT**

**Congratulations,**

The prize money is now ready to sent! Do you want the money
paid by check or by bank transfer to your account?




5268 45592 87103 65740 192 6878

**DETAILS INSIDE THIS ENVELOPE!**



Z86 AUS-CAN-UK-USA

Dr. Grant
P.O. Box 115
NL-3940 AC Doorn
The Netherlands

Please use
sufficient
postage.
Thank you.

# OFFICIAL PRIZE CONFIRMATION

we WILL ANNOUNCE TO THE HOLDER OF THE WINNING NUMBER FOR 48,000.00 DOLLARS:





3020057913

9051

## The winner of
# $ 48,000.00
## has been named!

It is

INFORMATION ENABLING LEGITIMATE RIGHTS
TO BE CLAIMED BY THE RECIPIENT:

Z86_USA

| **Name:** | **Amount of prize:** |
|---|---|
| | $ 48,000.00 |

**Personal prize number:**

ER-577.157

CONFIRMED
FULLY AT 100%!

☒ YES ☐ NO

AUTHORIZATION
CONFIRMED!

Z86_USA

9910 55009 53210 21686 001 Z995

## YOUR PERSONAL INFORMATION

Name and place of
residence:

**Winner confirmed by the
independent expert.**

☒ YES ☐ NO

Prior status and condition
for registering your rights:

Prize confirmed
Response expected

Return the payment document!

Personal and
non-transferable
prize number:

ER-577.157

The prize claim document
is enclosed. The random
draw commission guarantees
legitimate distribution
in due form.

*A. Milde*

- A. Milde -
PRIZE AWARD
DEPARTMENT

A. Milde, Prize Award Department

Attribution shall be in strict
compliance with usual
corporate directives.

Office of the random draws manager
3/15/2016
Subject: Payment of the prize of $ 48,000.00

**A** Payment of
$ 48,000.00
**by check.**
Can be cashed or
deposited immediately
after reception.

**B** Payment of
$ 48,000.00
**by bank transfer**
to the account
indicated



**Official prize confirmation
and payment methods possible
if response is within 10 days!**

PAYMENT
OF
$ 48,000.00
GUARANTEED!

## DOCUMENT WITH LIMITED VALIDITY
## RESPONSE REQUIRED!

# IMPORTANT INFORMATION

**FIRST AND ONLY NOTIFICATION**

The enclosed document must be returned immediately in order for the prize to be paid out.

**Subject:**

## Important information – Authorization for $ 48,000.00 granted.

As you can see on the enclosed payment document, your authorization has been confirmed. Some of your personal information is pre-printed on the document.

You can choose between these two payment methods:

 **A** Check

 **B** Bank transfer

| **IMPORTANT:**<br><br>I must inform you that payment by either of these two methods will not be possible if you do not respond in time!<br><br><br>Dr. Grant, Management |
| --- |

### A  Payment by check


IN THIS CASE, $ 48,000.00 WILL BE PAID BY CHECK.

| | |
| --- | --- |
| The check will be made out in your name | ☒ YES |
| It will be signed by the Financial Manager | ☒ YES |
| It will be sent to your home address by registered mail | ☒ YES |

### B  Payment by bank transfer


IN THIS CASE, $ 48,000.00 WILL BE TRANSFERRED TO YOUR ACCOUNT.

| | |
| --- | --- |
| We ask you to provide your bank information | ☒ YES |
| The Financial Department will authorize payment to you | ☒ YES |
| The bank transfer will be made directly to your account | ☒ YES |

The enclosed payment document made out in your name (your address has been pre-printed) must be received by us in time.

| | | |
| --- | --- | --- |
| Please attach one of the two payment stickers. The choice is yours. | Payment pending | ☒ YES |
| | Reply deadline applicable | ☒ YES |
| Your payment document can be processed within 3 days if you respond immediately. | Payment guaranteed | ☒ YES |
| | The amount of the prize is tax-free | ☒ YES |

**If we do not receive your response before the deadline, the prize of $ 48,000.00 cannot be paid out.**


M. Felder, Financial Department

**PLEASE KEEP THIS DOCUMENT IN A SAFE PLACE UNTIL THE REMITTANCE PROCEDURE HAS TERMINATED AND THE PRIZE HAS BEEN PAID!**

2

# PERSONAL PAYMENT DOCUMENT

DOCUMENT WITH LIMITED VALIDITY

9051



The personal prize number of the following person authorizes payment of the prize to:

Holder of prize number ER-577.157

Amount of prize and payment method:

## $ 48,000.00

**A/Check**
**B/Bank transfer**

DR. GRANT

As winner, the following shall be valid:

**$ 48,000.00 will be paid to you immediately according to the method you choose.**

**CONFIRMED**

Amount of prize and possible payment methods:

Amount:          **$ 48,000.00**

Payment method:  **Check or bank transfer**

Z86_USA

---

**Coming into $ 48,000.00 in one lump sum is a dream come true! If you do not respond in time, however, you unfortunately cannot receive this money! Please do not forget the deadline and respond without waiting.**



Dr. Grant, Management

## Please attach one of these two stickers on your PAYMENT DOCUMENT



Sticker **A**
Personal prize number:
ER-577.157
Payment method desired:
$ 48,000.00
**by CHECK**

Sticker **B**
Personal prize number:
ER-577.157
Payment method desired:
$ 48,000.00
**by BANK TRANSFER**

3

# IMPORTANT INFORMATION TO MULTIPLY THE PRIZE!

## Transform $ 48,000.00 into $ 144,000.00!

| | | |
|---|---|---|
| Authorization granted: | OFFICIALLY CONFIRMED | ☒ YES |
| Prize multiplied to: | $ 144,000.00 | ☒ YES |
| | with the Wins Maximizer! | |

IF YOU WANT THE PRIZE OF $ 48,000.00 TO BE TRANSFORMED
INTO A PRIZE OF $ 144,000.00, YOUR DOCUMENT WILL BE PROCESSED
IMMEDIATELY AND IN PRIORITY.

| | |
|---|---|
| Processing: | IN PRIORITY! |
| Processing without requesting the Wins Maximizer: | In this case, your document will be processed at a later time. |



Dr. GRANT
CUSTOMER SERVICE
ORDER PROCESSING
Dr. GRANT



Melissa Farente, Customer Service

**Information concerning**

▇▇▇▇▇▇▇▇▇

9910 55009 53230 21686 001 2995

Z86_USA

Your prize number:

**ER-577.157**



The winning number has been determined by an independent expert and assigned to a payment document.

The holder of this document is guaranteed to
receive the precise amount of $ 48,000.00
if the response is before the deadline.

PAYMENT OF $ 48,000.00 GUARANTEED!



5328 45532 67933 65790 132 6678



76183542004 // 00578631454 // 00 00001200 // 46057000 // 57 //

4

# PAYMENT DOCUMENT

Return to: Dr. Grant, P.O. Box 115, NL-3940 AC Doorn, The Netherlands

**ONLY THE PERSON NAMED OPPOSITE IS ELIGIBLE** ➡

3020057912  0841086.0.77

## DESIRED PAYMENT METHOD

### $ 48,000.00 will be paid immediately.

| | |
|---|---|
| **Personal prize number:** | ER-577.157 |
| **Amount of prize:** | $ 48,000.00 |
| **Recipient:** | |

The payment method I have chosen is shown by the sticker opposite.

Please select the payment method you desire and attach **Sticker A** or **Sticker B** here.

Date and signature: ___X_____

☐ **YES**, I want to receive $ 48,000.00. I am returning this document immediately to avoid missing the deadline.

☐ **YES**, I really need $ 48,000.00 and $ 144,000.00 would of course be better. This is why I am asking you to send me the Wins Maximizer that will enable me to multiply all my future winnings. I am paying only $ 50 including shipment.

☐ I want insured rapid delivery. I am paying an additional $ 5 for this service.

I am paying $ 50 or $ 55 as follows
**(fill out and return in the enclosed reply envelope)**

☐ By bank or postal check made out to Dr. Grant       ☐ By cash enclosed

☐ By credit card:  ○ Visa  ○ MasterCard

Z86_USA
3020057912  0841086.0.77

Card No.: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐       Expires on: ☐☐ ☐☐

My date of birth: ☐☐ ☐☐ ☐☐☐☐

Date: _____   **Signature:** (required for credit card payment)  ___X_____

I have read, understood and accept all the conditions.

EUGENE REILAND
1146 WEST EMMY COURT
KUNA ID 83634-3020

No, I do not need the Wins Maximizer because I have enough money. You can send this instrument for incredible wealth and success to someone else. In this case, I am aware that my document will not be processed in priority and that $ 48,000.00 will not be paid soon.

# Here is why you should request the <u>WINS MAXIMIZER</u> today!!

## Authentic stories written by life.

We have the right to publish excerpts of these letters after obtaining authorization from the senders. For reasons of confidentiality, full last names are not mentioned.

"A Wins Maximizer… nonsense I thought. Even so, my curiosity was aroused and I had nothing to lose. I ordered the Wins Maximizer as a precaution in case I was wrong. That was the best decision I ever made in my life. At first I had a hard time believing it but suddenly wins started coming into my life like a downpour. Now I can do anything I want. It was a miracle!"



**Martha S., 68 years old**



**Joseph L., 71 years old**

"I always liked contests but I never had the luck to win. This was true until, and that was the first time I won, I had the possibility of order- in the Wins Maximizer. It was too tempting. The Wins Maximizer that was supposed to multiply my wins was proposed and I told myself I should take this chance and tempt fate. And it worked! A few weeks later, I found a huge check in my letter- box - and another two days later! And that was only the beginning. In addition, using the Wins Maximizer is child's play! I have so far amassed several hundred thousand dollars!"



**Dave and Maggie M., 57 and 52 years old**

"The Wins Maximizer has made us millionaires today. We retired a long time ago. Instead of working, we take enjoy luxury voyages and sail the seas on the yacht we purchased last summer. The Wins Maximizer completely changed our life. It is the best thing that ever happened to us!"

CONDITIONS OF REMITTANCE: THIS CONTEST IS PART OF 2016 PRIZE AWARDS ORGANIZED BY DR. GRANT, IN THE FRAMEWORK OF ADVERTISING FOR DR. GRANT'S ESOTERIC METHODS AND CONTESTS IN 2016 IN DIFFERENT PRESENTATIONS AND WITH VARIOUS POSSIBILITIES OF PARTICIPATION. THIS IS A FREE CONTEST WITH NO OBLIGATION TO PURCHASE AND NO FINANCIAL COUNTERPART WHATSOEVER. ONLY DIRECT ADDRESSEES OF THESE OFFICIAL PARTICIPATION DOCUMENTS OLDER THAN 18 AND WHO WILL HAVE TURNED THEIR DOCUMENT COMPLETELY FILLED OUT BEFORE THE DEADLINE TO THE ADDRESS SHOWN CAN PARTICIPATE. STAFF OF DR. GRANT AND THEIR IMMEDIATE FAMILY MEMBERS, AS WELL AS THOSE OF AGENCIES, SERVICE PROVIDERS OR OTHER SUPPLIERS WORKING WITH OR FOR DR. GRANT, ARE EXCLUDED FROM PARTICIPATION. ALL THE NUMBERS PREVIOUSLY RANDOMLY DRAWN IN THE FRAMEWORK OF THIS EVENT ARE WINNING NUMBERS. THIS PRIOR RANDOM DRAW WAS CONDUCTED BY THE CONTESTS COMMISSION USING A RANDOM LIST OF ADDRESSES OF POTENTIAL CUSTOMERS. TO PARTICIPATE WITHOUT PLACING AN ORDER, THE PARTICIPATION FORM (PAYMENT DOCUMENT) MUST BE FILLED OUT AND SENT DIRECTLY TO DR. GRANT IN A PLAIN ENVELOPE WITH NOTHING BUT DR. GRANT'S ADDRESS ON ONE SIDE. IN THIS CASE, DO NOT USE THE ENCLOSED REPLY ENVELOPE. TO PARTICIPATE IN THE CONTEST AND PLACE AN ORDER AT THE SAME TIME, RECIPIENTS OF THIS CONTEST WITH NO OBLIGATION TO PURCHASE MUST FILL OUT THEIR PAYMENT DOCUMENT VALID AS PARTICIPATION FORM AND RETURN IT IN THE ENCLOSED REPLY ENVELOPE. THE SINGLE MAIN PRIZE IS $ 43,000.00. THE PARTICIPANT WHOSE NUMBER OR NAME HAS PREVIOUSLY BEEN DETERMINED TO BE A WINNER AND WHO WILL HAVE RESPONDED IN DUE FORM AND BEFORE THE CONTEST CLOSES (DEC. 31, 2016) WILL HAVE WON. THE MAIN WINNER WILL BE INFORMED BY REGISTERED MAIL AND THEN HAVE TWO WEEKS TO CLAIM THE PRIZE, OTHERWISE THE PRIZE SHALL BE NULL AND VOID. THE CONTESTS COMMISSION MAY DECIDE TO SEND EACH PARTICIPANT A CONSOLATION PRIZE IN THE FORM OF A PURCHASE VOUCHER TO BE USED AGAINST A FUTURE OFFER FROM DR. GRANT. PURCHASE VOUCHERS CANNOT BE REDEEMED FOR CASH. THE RECIPIENT MAY ALSO RECEIVE OTHER ADVERTISING SIMILAR TO THE PRESENT, BUT WITH OTHER NAMES AND THEMES. THIS DOCUMENT IS ADVERTISING THAN AN ATTRACTIVE PRESENTATION AND IT IS STRONGLY RECOMMENDED TO READ THESE PROVISIONS CAREFULLY. THIS DOCUMENT CONTAINS NO FIRM OFFER. IN ORDER TO HAVE THE RIGHT TO THE PRIZE, IT IS OF UTMOST IMPORTANCE TO FIRST RETURN THE PARTICIPATION FORM CORRECTLY FILLED OUT AND BEFORE THE DEADLINE, AND SECOND, TO HAVE BEEN DECLARED A WINNER IN ACCORDANCE WITH THE PRIOR RANDOM DRAW CONDUCTED BY THE PRIZE COMMISSION. PARTICIPATION IN THIS RANDOM DRAW PRESUPPOSES THE UNCONDITIONAL ACCEPTANCE OF ALL THESE CONTEST PROVISIONS. FOR REASONS OF ORGANIZATION, NO INFORMATION ON THE RANDOM DRAW CAN BE GIVEN BY TELEPHONE. ALL DECISIONS ARE FINAL. THIS IS AN INTERNATIONAL CONTEST. THE CHANCE OF WINNING THE MAIN PRIZE IS 1/200,000. IF YOUR CHECK IS RETURNED FOR INSUFFICIENT FUNDS BY YOUR BANK YOU HEREBY AUTHORIZE US TO ELECTRONICALLY DEBIT THE FACE AMOUNT OF THE CHECK AND ANY APPLICABLE STATE ALLOWABLE FEES.
Z86 USA

# EXHIBIT PAGE
# INTENTIONALLY LEFT BLANK

Dr. Kramer

SECOND CHANCE GRANTED!

Why did you not attend the prize remittance ceremony? I hope that nothing is wrong. Today you are receiving a second chance to receive your check. Please respond IMMEDIATELY!

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

Z31-14 USA

Z31-14 AUS-CAN-NZ-ROW-UK-USA-ZA

Dr. Kramer
P.O. Box 164
NL-3960 BD Wijk bij Duurstede
The Netherlands

Please use
sufficient
postage

# LAST NOTIFICATION
## FOR PRIZE REMITTANCE



**Prize remittance**

**No. 229 251**

Reserved for the single main winner

» Outstanding amount of $ 43,730.65 for you! «



| | |
|---|---|
| Concerns the amount to remit of: | **$ 43,730.65** |
| Recipient: | Identity of the recipient named is verified and confirmed |
| Winner's name: | ☐ Not yet determined ☒ Confirmed |



Z31-14_USA

**READY TO PAY OUT**

### OFFICIAL NOTIFICATION:

In compliance with official rules, it is confirmed that this document is valid for only the winner as formal confirmation that following the claim, this person will receive a **check for ***$ 43,730.65*** within 48 hours** by registered mail with return receipt requested.

**WINNER NAMED:**

Nomination confirmed by the prize commission



Dr. Kramer
Management
Dr. Kramer

## CHECK ATTRIBUTED: MAIN PRIZE OF $ 43,730.65

**Dr. Kramer**

/// EXCERPT OF THE FINAL REPORT OF THE PRIZE COMMISSION ///

The commission has decided on the following:

// Decision I:    After discussion by the commission, it has been confirmed that ████████ will be the only recipient of this last prize remittance notification No. 229 251.

// Decision II:    The Prize Remittance Department received the order to immediately make out a check for $ 43,730.65 in the name of ████████ Important: this amount is the total of all unclaimed prizes of the past year and that is available one last time.

// Decision III:    In order to claim the check in due form, ████████ must respond within 10 days after reception of these documents. It will then be sent by registered mail with return receipt requested*. If no response is received before the deadline, the check will be destroyed.

// Decision IV:    The meeting terminated by Dr. Kramer announcing to the commission that he will send a personal letter to ████████

// Decision V:    As this is a second chance granted by the President of the commission, it was decided that he will personally process the response of Mrs SCHULTZ in priority.



*Response deadline: 10 days!*

**SECOND CHANCE GRANTED**



**PLEASE REMOVE THE "CERTIFIED PRIZE ATTRIBUTION STICKER" OPPOSITE** and **ATTACH** it where indicated on your "Urgent Prize Claim".

is stipulated in the conditions

**CERTIFIED PRIZE ATTRIBUTION STICKER**

DK – Z//31-14 **000982274

**Amount:** ** $ 43,730.65 **

in the name of the winner

22750 Z31-14_USA

- 5 -

Dr. Kramer

## Prize Remittance Department Manager

| Recipient: | The confirmed winner of a "Very valuable prize" |
|---|---|

## Notification service

| Recipient: | The legitimate winner named |
|---|---|

**Authentic copy**

2/23/2016

Dear ████████,

In the framework of our annual major prize draw, your name has been selected in the "Very valuable prize" category in your region.

We are therefore pleased to invite you to the prize award ceremony where you will receive the prize: a check for $ 1,150.00!

This ceremony will take place in room 54

We expect you to come ████████████████████████ the ceremony.

This is why we are sen████████████████████ in your name for $ 1,150.00 so██████████████████ receive this prize.

If you cannot come to ████████████████████ will do everything possible to ████████████

        Sincerely,

**IN-HOUSE MEMO**
Dr. Kramer
Unclaimed prizes service

*Dear Dr. Kramer,*

*This person should have received the prize that is a check for $ 1,150.00! This person did not respond to our invitation to the ceremony! If you want to give this person a second chance, I remind you that the deadline before definitively closing the file is 10 days. This is therefore a very urgent matter!*

*Sarah Fowman*
Sarah Fowman, Financial and Prize Department Manager

Document enclosed:
1 copy of the invitation

*M. Konradt*
Michael Konradt, Director of the convocation section

- 2 -



**Dr. Kramer**

*Did you really refuse a check for 1,150.00 dollars made out in your name?*

Dear ▮▮▮▮▮▮▮

I have just learned that you were not present at the prize award ceremony. I immediately decided to summon all the members of the prize commission to verify the current status of the situation.

You will find enclosed a copy of the letter that I must admit both surprised and saddened me. *I can't believe it!*

You have apparently not profited from the luck that has finally come your way.

**The check for $ 1,150.00 has been made out in your name and is yours without question. ▮▮▮▮▮▮▮ This is neither a practical joke nor an unscrupulous scam!**

*SECOND CHANCE GRANTED*

If you do not react very shortly, within 10 days, your file will be definitively closed, the check for $ 1,150.00 will again be made available and it will be awarded to someone else at the time of the next prize award ceremony organized for the winners.

I find it hard to believe that your absence was intentional. I prefer to believe that either our invitation was lost or that it is still in a pile of unopened mail. In any case, these are the reasons I gave to the commission in order to grant you a second chance.

I have just returned from the commission meeting and it is my pleasure to rapidly inform you of the **decisions I believe to be exceptional and that I have never seen before. ▮▮▮▮▮▮▮ It's almost unbelievable:**

▸ **Your check for $ 1,150.00 is still yours!**
  All you have to do is claim it.    *Please hurry!*

▸ And now here is something even more unbelievable... get ready!
  **You can also claim the second check for $ 43,730.65!**

Allow me to briefly explain why: at the end of each accounting period, we **add up the amounts of all unclaimed prizes** in order to make one last distribution. The total of these amounts this year is **$ 43,730.65** and we have decided that you will be the recipient of this exceptional sum of $ 43,730.65 in the form of a second check that will soon be made out in your name!

In behalf of all the members of the commission, congratulations!

Z35-14_USA

*Please turn over* 

- 3 -

As a result of my long experience I can say that it is very rare to have one person win such amounts of money twice within a very short period of time.

This means that you are probably at the start of a very lucky period. I can confirm this because today's happy events in rapid succession are always harbingers of tomorrow's financial ease. Even so, you realize that good luck can rapidly evaporate. This is why you must ensure that it does not disappear and remains on your side. It is precisely in times of financial instability, as the world has been experiencing for the past few years, that luck must be grasped with both hands and held on to at all costs.

In order to assist you, I have decided to provide some additional help. If you agree, after your response is received I will enclose a small object along with the check. It will be an inexhaustible source of money for you. Always keep it with you, take good care of it and thank it each time it turns your desires into reality. You will see and understand why it has brought luck to many people before you. You will not become a millionaire overnight but you will receive non-negligible sums of money at regular intervals that will make life more pleasant and will provide you with reliable revenues. Trust me.

I confirm that this gift I want to offer you is totally FREE! I am asking for only a symbolic sum for processing so that administrative registration and the cost of a registered letter will ensure that you receive the check in total security. This is not a "participation" fee since I will cover the majority of these costs. In addition and as I just said, I will enclose my gift with the check so that you will receive everything at the same time.

Please do not forget to claim your second check for $ 43,730.65! I have again enclosed the "Last notification for prize remittance" since you obviously did not receive it the first time.

Once again congratulations. All that remains is for me to strongly recommend filling out and returning the Urgent Prize Claim I have enclosed here. When you will hold my gift and the check for $ 1,150.00 in your hands, your life will take on a new and positive direction. Once I will have received your Urgent Prize Claim, you could also receive the second check for $ 43,730.65 and deposit it in your account.

## Once again CONGRATULATIONS!

The rapid reception of your response will genuinely make me happy, Mrs SCHULTZ!

Sincerely yours,

*D. R. Kramer*

Dr. R. Kramer

P.S.: Remember that your file will be definitively closed if you do not respond within the deadline of 10 days and that after this I will not be able to do anything for you. So take advantage now of this stroke of luck waiting to be seized!

- 4 -

Z31-14 USA

# Urgent Prize Claim

Dr. Kramer

FOR: ████████████

No. 229 251

## » Outstanding amount of $ 43,730.65 for you! «

Must be returned within 10 days!

>> Return to: Dr. Kramer, P.O. Box 164, NL-3960 BD Wijk bij Duurstede, The Netherlands <<

GUARANTEED REMITTANCE OF $ 43,730.65

❯ ☐ **YES**, I want to receive the check in my name as soon as possible.

❯ ☐ **YES**, I have attached opposite the certified sticker for attribution of the outstanding sum of $ 43,730.65 printed with my name.

⫸

❯ ☐ **YES**, I have responded before the deadline and I want to profit from priority processing of my check FREE OF CHARGE.

084103114.0.78   3019616011

**COMMENT!** The check in your name will be sent only after reception of this document completely filled out and signed. So do not forget to fill out the form completely and sign it.

I have read and accept the conditions.

X
Date:

X
Signature (required):

---

## CONFIRMATION OF ACCEPTANCE OF MY CHECK FOR $ 43,730.65

>>> Fill out and return immediately in the enclosed reply envelope <<<

☐ **YES**, Dr. Kramer has confirmed in his letter that **a check for $ 1,150.00 has been made out in my name.** Today I have the second and last chance to claim it. I want to **receive my 100% guaranteed check FREE OF CHARGE and as rapidly as possible.**

☐ **YES, I know that this check will be available to me for only 10 days and I ask you to send it IMMEDIATELY!**

☐ **YES**, this money will be of great help to me. Please send me this money immediately and also prepare my "Talisman for an inexhaustible source of money" that has made many people happy for generations and that you have set aside for me. Once it will be in my possession, it will help me to obtain regular sources of income and will make all my worries and problems vanish.

☐ **YES**, with my response, I am enclosing a symbolic participation of $ 50 (instead of the normal price of $ 120) for costs of processing and receiving my check and Talisman via registered mail. This is a saving of almost 60% for me. Dr. Kramer will pay the supplement. I will then receive my check and my Talisman for an inexhaustible source of money at the following address (please correct any mistakes):

████████████████████████████████

---

☐ I want you to process my claim in priority and I am adding $ 5 for this service.

**I am paying my symbolic participation towards cost of $ 50** (including $ 5 for shipment), or $ 55 (including shipment and $ 5 for priority processing) as follows (fill out and return in the enclosed reply envelope):       3019616011   084103114.0.78

☐ By bank or postal check enclosed made out to Dr. Kramer   ☐ By cash enclosed                    Z31-14_USA

☐ By credit card: ☐ Visa ☐ MasterCard ☐ American Express

Card No.: |__|__|__|__| |__|__|__|__| |__|__|__|__| |__|__|__|__|      Expires on: |__|__| |__|__|

Date: |__|__| |__|__| |__|__|__|__|   E-mail |_____

Signature (required for credit card payment): |_____   I have read, understood and accept the conditions of participation

- 5 -

# EXHIBIT PAGE
# INTENTIONALLY LEFT BLANK

Z79-1 USA

REASON FOR NOTIFICATION:

**LAST ANNOUNCEMENT BEFORE THE CANCELLATION OF YOUR RIGHTS AND THE FINAL CLOSURE OF YOUR WINNER ACCOUNT!**

**DEADLINE: 8 DAYS**

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

Dr. Kramer
P.O. Box 164
NL-3960 BD Wijk bij Duurstede
The Netherlands

Please use
sufficient
postage.
Thank you.



CONTAINS YOUR CONFIRMATION CODE
FOR THE PRIZE MONEY IN THE AMOUNT OF

US-13868

**$ 32,971.10**



**▶ $ 32,971.10 ◀**

D O C U M E N T
P O R T F O L I O

 **Dr. Kramer**     PERSONAL



This envelope was sealed under the neutral supervision of an independ-
ent judge and sent to the authorized person. It may only be opened by the
entitled recipient. In case of loss no replacement can be made.



*Handover Certificate & Payout Guarantee*

**PRIZE MONEY:**

**▶ $ 32,971.10 ◀**

For:

PLEASE KEEP
IN A SAFE PLACE!

US-13868

ZPH-1 USA

## NOTIFICATION

**Dr. Kramer**

### To the winner of the
### $ 32,971.10 prize money

## The award is finalized.
## The winner has been determined.

Officially confirmed and reviewed:

**REVIEWED**

*B. Jenkins*

Ben Jenkins, Management

There is no doubt,
you are officially confirmed

### Winner of the prize money
### in the amount of **$ 32,971.10**.
### Congratulations!

This amount made up of 3 payments totaling
$ 11,000.00, $ 14,000.00 and $ 7,971.10 cannot be
paid out to you when due because of the reasons
mentioned in the enclosed letter.

It is all the more important now that you respond immediately.
Please send your completely filled out Confirmation Document
with affixed Confirmation Code back to me.

You find your seal with the Confirmation Code attached below.

With best wishes

*B. Jenkins*

Ben Jenkins, Management





RECIPIENT IDENTIFIED AS  **ENTITLED WINNER +++**

TYPE OF PRIZE  **BANK CHECK +++**

PROOF OF IDENTITY  **CONFIRMATION CODE +++**

AMOUNT OF PRIZE MONEY  thirty-two thousand nine hundred seventy-one dollars and ten cents

**DEADLINE 8 DAYS**

**PRIZE MONEY**

**$ 32,971.10**

PRIZE MONEY    US 438.88

**$ 32,971.10**

**CONFIRMATION CODE**

*#27475-92#2887#1*

>>> You were assigned a personal
Confirmation Code. Peel it off here
and affix onto your enclosed
Confirmation Document. <<<

LAST ANNOUNCEMENT BEFORE THE CANCELLATION OF YOUR RIGHTS AND THE FINAL CLOSURE OF YOUR WINNER ACCOUNT!

Case 1:16-cv-03264-NGG-RER   Document   Filed 02/18   Page 26 of 68 PageID #: 336

**REASON FOR NOTIFICATION**

AS WINNER, YOU RECEIVE SUCH A LETTER AFTER THE CONCLUSION OF THE AWARD IN THE ORIGINAL. THE CURRENT DOCUMENT IS A SAMPLE LETTER.



3020024113   0A410791 0 67



US-13868



Z79-1 USA

THE CURRENT CONFIDENTIAL DOCUMENTS WERE ISSUED IN ONE COPY UNDER THE STRICT COMPLIANCE OF THE OFFICIAL STATUTES OF PAYMENT!

ONCE THIS OFFICIAL DOCUMENT IS ISSUED TO YOU THE TOTAL AMOUNT TO YOU IS DUE. YOUR CONFIRMATION DOCUMENT IS URGENTLY AWAITED.

VALID ONLY WITH THE SIGNATURE AND STAMP OF THE FINANCE DEPARTMENT.



rah Fowman, Financial department

## FINANCIAL TRANSFER MUST TAKE PLACE BEFORE THE DEADLINE!

Dear

Referring to the numerous letters from our office which have still remained unanswered by you, I have been commissioned with the closure procedures of your account which primarily serves as a balance of your winner account that currently shows a positive balance of $ 32,971.10.

In our previous post you were already informed that the three scheduled disbursements in the amounts of $ 11,000.00, $ 14,000.00 as well as $ 7,971.10 could not be made directly to you on the due date due to no response on your part. Therefore these amounts were, as a precaution, respectively credited to your winner account.

After the proper storage period of this money in accordance with the official statutes of payment which expire after 3 months, you receive your final possibility to balance the positive amount of $ 32,971.10 through a prompt transfer to you.

To this end the final disbursement of the total sum is scheduled by bank check in your name.

As head of the finance department, I was commissioned to disburse the money to you as soon as the necessary documents have been received by me. Since we have not received any message from you which would make it possible to issue the bank check in your name I have recently spent a lot of time to locate you. I have therefore contacted several register of residents but the result was always the same. Your only known address is as follows:

Of course, it is possible that you did not give our previous letter enough attention and therefore your response failed to materialize. Or an envious person had intercepted the letter in order to deprive you of what you rightly deserve. Be that as it may, time is running out!

Upon receiving my letter from today you have only 8 days to notify us whether you want to maintain your entitlement for the $ 32,971.10 or not.

I await your prompt response, please note the instructions on the reverse side!

Sarah Fowman, Financial department

**NOMINATION DETAILS OF THE ENTITLED:**



AS WINNER, YOU RECEIVE SUCH A LETTER AFTER THE CONCLUSION OF THE AWARD IN THE ORIGINAL. THE CURRENT DOCUMENT IS A SAMPLE LETTER.

**CLAUSE 1:**
Fill out your enclosed Confirmation Document completely. Incorrect or incomplete, incoming forms will be destroyed!

**CLAUSE 2:**
Affix your Confirmation Code onto the designated area. It proves your legitimacy. Without the Confirmation Code your document is invalid!

**CLAUSE 3:**
Keep to the required deadline of 8 days. After this period your entitlement is irrevocably expired!

**CLAUSE 4:**
By missing responses the prize money in your winner account will be allocated for another use. A payout to you is then no longer possible!

## THE BANK CHECK IS ALREADY ISSUED IN YOUR NAME!

Dear ███

This is the final attempt to disburse the prize money, which is due to you for quite some time now, by means of a bank check for the total amount. The relevant bank check was already issued and signed. We keep it for you in a safe place until you have taken care of the final formality – the sending back of your completely filled out Confirmation Document. Please note that this is the final letter that you will receive.

**Do not make the same mistake as three times before!**
**Otherwise you have definitely and irretrievably lost $ 32,971.10**

This is a fact that you must face up to! You secure this sum only when you respond in time and in accordance with the adjacent steps mentioned.

You will certainly understand that we now urgently require your answer whether you want to receive the $ 32,971.10 or not. Follow the instructions precisely which have been officially delivered to you and make sure that this time your response is received by us as in the required conditions so that the disbursement to you, according to the conditions, can be accomplished.

At the same time secure through the exquisite Golden Coin of Fortuna, the Greek goddess of fortune and everlasting wealth which will guarantee you substantial future wins and a secure income.

All of this will only occur when you respond within 8 days upon receipt of this letter.

I am counting on you!



*DEADLINE: 8 DAYS*

Ben Jenkins, Management



| CONTROL SEGMENT | | 279-1-USA |
|---|---|---|

| ▼ DO NOT WRITE HERE ▼ | ▼ PAYOUT TO THE ENTITLED RECIPIENT | ▼ AUTHORIZATION ISSUED ▼ |
|---|---|---|
| 1. Prize money: $ 11,000.00<br>2. Prize money: $ 14,000.00<br>3. Prize money: $ 7,971.10<br><br>Total due:  $ 32,971.10<br>Payable:   Immediately | Issued for:<br>███████<br><br>Identified through:<br>Confirmation Code #27475-92#2887#1<br><br>Requirement:<br>On time return of<br>CONFIRMATION DOCUMENTS | Disbursement reviewed and authorized!<br><br>D. R. Kramer<br>Dr. R. Kramer,<br>Executive Commitee |

*27475-92#2887#1*

# CONFIRMATION DOCUMENT

>>>> Send back to: Dr. Kramer, P.O. Box 164, NL-3960 BD Wijk bij Duurstede, The Netherlands <<<<

## Payout Check

**Dr. Kramer**

*** $ 32,971.10 ***

Name and address correct? If not, please correct

[redacted]

Please affix your Confirmation Code here

Sarah Fowman, Financial department

Dr. Kramer Financial department Dr. Kramer

•#27475-92#2887#1

Forgery proof control code – Misuse will be prosecuted.

| Confirmation Code | Cust.-No. | Total amount | Valid until | Text |
|---|---|---|---|---|
| •#27475-92#2887#1 | 3020024113 | 32,971.10 dollars | 12/31/16 | AACDDFFEE |

[redacted] **please use this check as follows:**

Affix your Confirmation Check onto your Payout Check and completely fill out the document. Please check to see whether your address is correct and correct where necessary.

After positive verification you receive, upon submission of your documents, the original bank check in your name worth $ 32,971.10.

**[redacted] draw upon the riches today and take the first step to everlasting wealth and a secure income!**

☐ **YES,** of course I want to receive the $ 32,971.10 which is still presently in the winner account. Please send me the bank check immediately.

☐ **YES,** I want to also receive the Golden Coin of Fortuna, to be able to finally enter into permanent, positive success in my life, especially with regards to my financial situation. I am aware that I belong to the strictly limited circle of people who receive this one-off guarantee for permanent wealth and a secure income. I can finally draw upon the unlimited resources and must not worry about money any more.

☐ I acknowledge that the path to permanent prosperity and a secure income is absolutely risk free for me. **You accord me a comprehensive 90 day guarantee.** Should I not be completely satisfied, you will get my delivery back because I know that this valuable secret is strictly limited in the original.

☐ I receive the Golden Coin of Fortuna, which is valued at $ 150, for the minimal price of only $ 50 (includes postage) which just corresponds to the lump sum cost for administration and shipping and thus save $ 100.

☐ Please send everything to me by express. I am paying an additional $ 5 for this.

**I pay the sum of $ 50 or $ 55 as follows:**

*(Fill out and return in the enclosed reply envelope)*

☐ By bank or postal check made out to Dr. Kramer

☐ By cash enclosed

US-13868
Z79-1 USA
3020024113
08410791.0.67

Date:

Signature

X

I have read, understood and accept all the conditions.

**Dr. Kramer**

1. **The $ 32,971.10 in the winner account:** Send back this completely filled out Confirmation Document straight away. Do not voluntarily give up what is yours.

2. **For a strictly limited circle of people only:** The Golden Coin of Fortuna – secure for yourself a worry free future and everlasting prosperity!

<u>Memorandum:</u>

According to the executive decision from 03.08.2016, <u>Salvatore Scalish</u> receives the coveted Golden Coin of Fortuna for a small contribution of $ 50 instead of the actual cost of ~~$ 150.~~

With this, a savings of $ 100 is granted.

CONFIRMED

☐ **YES,** I would like to obtain the prize money that I am entitled to and for this purpose affix my Confirmation Code onto the above payout check.

☐ **NO,** I waive conclusively and irrevocably all that I am entitled to.

I am aware of the terms.
Date / Signature:

X

**DEADLINE: 8 DAYS**

# These lucky people before you have already become rich!

## *Read their stories... ...*

Linda Webster with her horse Tristan

"As a young girl I already had nothing on my mind other than horses, horses, horses... Unfortunately my parents were so poor that it was not even feasible to pay for riding lessons for me. Even my husband, with his modest salary, could not fulfill this dream but the desire remained. Then a letter from Dr. Kramer came to my house with the notification that I had won $ 24,829.45. Unbelievable? Yes, at first I thought that too, but one must seize the opportunity when it is being offered and therefore I filled everything out and sent it back, just as it was explained in the letter. Already 10 days later a registered letter came with a check for $ 24,829.45 and the Golden Coin of Fortuna. With the money, I paid off some debts first but then I treated myself to the first riding lesson of my life. It was fantastic. But what came next was even better: With the help of the Golden Coin of Fortuna I have won more than $ 180,000.00 in the last half a year and last week I bought my own first horse! Thanks Dr. Kramer, for the fruition of my dream!"

Paul Felbinger in the rehab

"Until my fiftieth year, my life was a mess. Even in my youth I was on the wrong track, I dropped out of school and afterwards took odd jobs to survive. Alcohol played a major role in my life and cost me my marriage. The provisional low point was an evening 2 years ago when I was drunk again behind the wheel and not until I was in a hospital bed, I came to. The shocking diagnosis: An irreversible paraplegia! If my wife had not come back to me then, I would have long since killed myself. But in retrospect, the accident was a lucky turning point in my life – and just in time. My wife had accompanied me through the worst times of my life and gave me the courage to live on, even without alcohol. But the greatest luck was the letter from Dr. Kramer, which my wife, without telling me, had responded to because she did not want to give me unnecessary hope. But then the incredible surprise: An immediate win of a whopping $ 32,624.66 and just in the last 4 months more wins totaling $ 153,000.00, thanks to the Golden Coin of Fortuna! Now I can finally afford this new therapy that doctors are convinced will bring me out of the wheelchair! I am the happiest man in the world!"

OFFICIAL REGULATIONS: THIS GAME IS PART OF THE 20[illegible] INTERNATIONAL [illegible]
DR. KRAMER. ALL RECIPIENTS WHO HAVE RECEIVED THE CONFIRMATION DOCUMENT [illegible]
BEFORE THE CLOSING DATE OF DECEMBER 31, 2016. DR. KRAMER IS NOT RESPONSIBLE [illegible]
RECEIVES A CONFIRMATION CODE WHICH QUALIFIES THEM FOR THE AWARD OF THE [illegible]
ASSIGNED MORE THAN ONCE, THEREFORE THE NAME OF THE WINNER WILL BE DETERMIN[illegible]
WILL BE PAID OUT IF THE WINNER SENDS BACK THEIR COMPLETED, SIGNED [illegible]
DOCUMENTS MAY NOT BE REPRODUCED AND ONLY ONE CONFIRMATION DOCUMENT [illegible]
ALLOWED FOR REVIEW. THE DISBURSEMENT OF THE PRIZE MONEY TAKES PLACE [illegible]
OF DR. KRAMER AND THEIR RELATIVES AS WELL AS ALL COMPANIES AND SUPPLIERS W[illegible]
BE AT LEAST 18 YEARS OF AGE. THE PRIZE IS NON TRANSFERRABLE. THE WINNER AGREES [illegible]
KRAMER FOR THE PURPOSES OF PUBLIC RELATIONS. PARTICIPATION [illegible]
PARTICIPATION IS INDEPENDENT OF AN ORDER [illegible]
USE FOR GAMES OF CHANCE. THIS GAME SERVES TO PROMOTE THE SALE OF [illegible]
TO THE DECISION OF THE GAMES COMMITTEE AND [illegible]
IS FINAL. THE CHANCE OF WINNING THE MAIN PRIZE IS [illegible]
US TO ELECTRONICALLY DEBIT THE FACE AMOUNT OF THE CHECK AND DEBIT A[illegible]

# EXHIBIT PAGE
# INTENTIONALLY LEFT BLANK

NAME OF OPERATION:

# "HERE IS YOUR MONEY"

Payment to WINNER: CONGRATULATIONS!

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

## To avoid delays in processing, PLEASE CHECK:

1. Have you duly filled in your Urgent Funds Request?

2. Have you checked and amended, if necessary, your contact details?

3. Have you claimed your special EXTRA BONUS?

Z62-4 AUS-CAN-NZ-ROW-UK-USA

Harrison Institute
P.O. Box 1061
NL-3600 BB Maarssen
The Netherlands

CONTROL PROCEDURE COMPLETED:

Dispatch authorized by:

☒ YES
☐ NO

## URGENT WINNING LETTER

Please use sufficient postage. Thank you.

Z62-4 USA

# DELIVERY CONDITIONS FOR THE GRAND CHECK:

Weight: **CONTROLLED**
Contents: **NOMINATED DOCUMENTS**

We have just received the authorization from our General Management.
We are currently preparing the transfer of the $ 30,000.00 Prize.
Now follow the official procedure:

1. Detach your Access Stamp and affix to your Urgent Funds Request

THIS IS YOUR ACCESS STAMP

**ACCESS STAMP**

NAME OF OPERATION: 28495 Z62-4 USA
**#HERE IS YOUR MONEY#**
YOUR EXCLUSIVE NUMBER:
# 289.001.732 #
AMOUNT OF THE PRIZE AT STAKE:
$ 30,000.00

- [ ] Express Delivery
- [x] Special Delivery
- [ ] Home Delivery
- [ ] Delivery at 9 a.m.
- [ ] Delivery on Tuesday
- [ ] Overnight Delivery

## YOUR EXTRA BONUS: 600.00 DOLLAR CHECK

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> This is your EXTRA BONUS STICKER

Benefit from the AUTOMATIC PROCESSING of your file and your EXTRA BONUS CHECK OF $ 600.00 . Don`t miss out on this great opportunity to receive even more prize money and regular winnings!

YES, I want to benefit from my EXTRA BONUS, so please send my additional Bonus Check most urgently. Z62-4 USA

Z62-4 USA





2. **CLAIM YOUR EXTRA BONUS:**
**600.00 DOLLAR CHECK** >>>>>>>>>>>>>>>>>>>>>>>>>>

Z62-4 USA

CERTIFIED PRIZE

# YOUR CASH PRIZE CHECK BOOK

contains: Your Access Stamp and your Extra Bonus Sticker

**This official letter G.N. (Genuine Notice) will absolutely not be sent again:**

"With a final result,
we are ready to award the
$ 30,000.00 Prize Check"

CHECK ISSUED
TO THE PRIZE WINNER:

Amount:
$ 30,000.00

Check number:
*** OFFICIAL

Harrison Institute
Finances and Administration

Harrison Institute | Award subject to terms and conditions enclosed.
Harrison Institute / P.O. Box 1061 / NL-3600 BB Maarssen

Authorized signature:

Robert Harrison - General Manager

Award subject to terms and conditions enclosed.

*Harrison Institute*
ISSUER: Harrison Institute / P.O. Box 1061 / NL-3600 BB Maarssen

# "HERE IS YOUR MONEY"

| OFFICIAL AND CONFIRMED RECIPIENT OF THIS NOMINATIVE CORRESPONDENCE: | $ |

**The first Prize at stake is:**

$ **30,000.00**

**Express Payment Acceptance:**

All we are waiting for is the duly completed winning **URGENT FUNDS REQUEST** in return.

3019788352    08410624 0.57    26495

Made out today, 3/16/2016    with all advantages there to pertaining.    $ **30,000.00** AT STAKE

## THIS OFFICIAL NOTICE WILL ABSOLUTELY NOT BE SENT AGAIN:

>> As soon as the final results are announced, we will immediately send the payment by Check for $ 30,000.00 made out in the name of the Winner <<

File-Number: 0227X1392016
Z62-4 USA

Z62-4_USA

IF YOU RETURN THE URGENT FUNDS REQUEST CONFIRMED AS THE WINNING ONE BY THE INDEPENDENT SUPERVISOR, WE WILL MAKE THE FOLLOWING STATEMENTS:

**STATEMENT NO. 1**     **" IT`S BEEN CERTIFIED!**

N° 289.001.732

_____, resident of CANDLER, you have definitely won a **$ 30,000.00 Check!"**

**STATEMENT NO. 2**     **" THERE IS NO POSSIBLE DISPUTE!**

BANK TRANSFER

_____ you may already notify your bank – we **MANDATORILY** guarantee the award of the **$ 30,000.00 Check** to your exclusive order!"

*Robert Harrison*
Robert Harrison – General Manager

-1-

| CHECK ISSUED FOR THE FIRST PRIZE WINNER: | Amount: $ **30,000.00** | Check No.: OFFICIAL | Issuance date: 3/16/2016 |

# CHECK AWARD PROCEDURE

**VALIDATION:** ▶ **The $ 30,000.00 prize is awarded under Official Supervision!**

Upon request by the **Prize Award Commission**, the award of the $ 30,000.00 Prize, which I am hereby announcing to you personally, is placed under control of an Independent Supervisor.

<u>You are therefore guaranteed that the Check will be delivered to the Winner!</u>



Certified Signature - Official Stamp

General Manager

CERTIFIED PRIZE

**ADVICE:** ▶ **CLAIM YOUR EXTRA BONUS: $ 600.00 CHECK**

Don't forget to claim your **Extra Bonus**, the **Check for $ 600.00** and the detailed instructions how to receive even more prize money and you will automatically **benefit** from **PRIORITY PROCESSING** of your file.

This is the best way for you to <u>validate your file No. 0227X1392016 in compliance with the applicable deadlines.</u>

Certified Signature - Official Stamp

General Manager

PRIORITY PROCESSING



262-4 USA

## CASH PRIZE TRANSFER NOTICE

| | | |
|---|---|---|
| CHECK ISSUED TO THE FIRST PRIZE WINNER: | Amount: $ 30,000.00 | Check No.: OFFICIAL |
| AMOUNT IN FULL: | Thirty thousand dollars | Issuance date: TODAY |
| STATUS OF RECIPIENT: | WINNER | |

Harrison-Institute
MANAGEMENT

If you return the Urgent Funds Request to be confirmed the winning one, we will make the following statement:

# "HERE IS YOUR MONEY"

### The first prize at stake is: $ 30,000.00

>>>>>>>>>>>>>>>>> **THIS IS AN OFFICIAL LETTER ADDRESSED PERSONALLY TO:**

Dear ████,

Please take this letter seriously as the documents you are holding are very important, for two major reasons:

**1.** The **Prize for $ 30,000.00 is at stake**. You simply need to return your duly filled in and signed **Urgent Funds Request** before the deadline with your **Access Stamp** affixed.

**2. You are also entitled to receive the Extra Bonus:** The detailed instructions how to receive even more prize money and regular winnings. This is your opportunity to receive an **immediate ADDITIONAL CHECK OF $ 600.00 plus even more cash prize money** and automatically benefit **from PRIORITY PROCESSING** and **VALIDATION** of your file.

When you complete your URGENT FUNDS REQUEST, do not forget to sign and affix your **"Extra Bonus Sticker"** for the additional **$ 600.00 CHECK** (that you find on the enclosed document) in the space provided. Return everything as soon as possible – preferably **WITHIN 10 DAYS!** (from receipt of this letter)!

It is the best way for you to make sure you receive your prize very shortly.

Please accept my personal congratulations.
Sincerely,

*Robert Harrison*

Robert Harrison - General Manager



Z62-4_USA

- 3 -

Case 1:16-cv-05264-NGG-RER   Document 5-4   Filed 09/22/16   Page 39 of 68 PageID #: 349



# Prize Award Certificate

The hereby designated holder of this file will be declared

## OFFICIAL WINNER OF THE
## CHECK FOR $ 30,000.00

provided they return before the deadline the Urgent Funds Request the
Independent Supervisor is waiting for in this campaign entitled:

## "HERE IS YOUR MONEY!"

*Harrison Institute*
MANAGEMENT

_____
General Manager

*Harrison Institute*
**Finances and Administration**

_____
Financial Manager

---

Mrs. J. Summers
one of our numerous Grand Winners.

### Here is the testimony of a Winner!
*Mrs. Summers has won 18,000.00 DOLLARS!*



CHECK NO. 557339

**BANK**

PAY **$ 18,000.00**         DATE _____ 15

BENEFICIARY Jo_____ers

AUTHORIZED SIGNATURE

*"You can't even imagine how happy you've just made me. Actually I have won the huge amount of $ 18,000.00 thanks to you. It helps me a lot. I have been able to purchase gifts for my relatives and pay all the overdue bills. It is awesome. I would like to thank all of you, you definitely made my day!"*

Sample testimony of a winner of a previous sweepstake sponsored by Harrison Institute.

282-4 USA

*Harrison*

Return to: Harrison Institute / P.O. Box 1061 / NL- 3600 BB Maarssen / The Netherlands

# URGENT FUNDS REQUEST 26495

**Issuer:**     **Financial Department – Paul Anchor, Prize Award Manager**

**Recipient:**     ███████████

**Status:**     **Holder of the exclusive number 289.001.732**

**1ˢᵗ Prize:**     **$ 30,000.00 Check**

☐ **Yes**, I would like to receive the Check for $ 30,000.00, if the correct circumstances arise. I have affixed the Access Stamp above as proof.

☐ **Yes**, I request the immediate validation of my file.

☐ **Yes**, I would like to BENEFIT FROM THE AUTOMATIC PROCESSING of my file and **receive the ADDITIONAL CHECK OF $ 600.00.**
Therefore I also affix my **"Extra Bonus Sticker"** for detailed instructions to receive even more prize money and regular winnings. This automatically guarantees **PRIORITY PROCESSING** of my file and the <u>immediate dispatch of my **$ 600.00 CHECK**</u>.
I date, sign and return everything using the enclosed reply envelope.

> Affix your Bonus Sticker here

☐ **Yes**, **in order to guarantee the secure dispatch of my check** I certify that my contact details are correct.

☐ I accept the usual fee for administration and secure dispatch of $ 50.

☐ I want my file to be treated with absolute top priority and pay an additional $ 5 ($ 55 in total).

I pay the usual fee of $ 50 or $ 55 as follows:
*(Fill out and return in the enclosed reply envelope)*

☐ By bank or postal check made out to Harrison Institute    ☐ By cash enclosed

☐ By credit card:   ☐ Visa   ☐ MasterCard   ☐ American Express

3019788352   08410624.0.57

Z62-4_USA

Card No.: | | | | | | | | | | | | | | | | | | Expires on: | | | | | |

Date: _____

Signature: *(required for credit card payment)*
**X**
I have read, understood and accept all the conditions.

E-Mail: |_____|

---

**Your details:**

3019788352  08410624.0.57

████████████

Date:

Signature required:

X

Remittance conditions:

The present letter is part of a contest organized by Harrison Institute and its affiliated companies. It aims at promoting the product "Extra Bonus", the instructions for further regular winnings. The current draw has been conducted randomly by our mail order company. Every recipient who has received and returned the participation documents personally issued to his name, fully completed and with sufficient postage before the contest closes on December 31, 2016, is entitled to participate. The winning number has been drawn in advance by a neutral person among all the assigned numbers, and has been stored. The unique main prize amounting to $ 30,000.00, entitled check, will be remitted to the sender of this pre-determined winning number, provided that that person has returned all documents completed before the contest closes. The winner gives the right for his name and picture to be published in one of the following editions (without reference to the place of residence). Participation in the contest is not subject to the purchase of the product "Extra Bonus", the instructions for further regular winnings proposed here. Only enough franked envelopes and signed participation documents can participate in the contest. Unfortunately employees of Harrison Institute and their families cannot participate. All decisions are final. The contest is organized internationally. The chance of winning the main prize is 1/115,500. If your check is returned NSF or for insufficient funds by your bank you hereby authorize us to electronically debit the face amount of the check and debit all applicable state allowable fees.

Z62-4 USA

# EXHIBIT PAGE
# INTENTIONALLY LEFT BLANK

I ask you to please excuse me!

0-30 CAN-ROW-UK-USA

**Personal and confidential**

Attention:

BEFORE opening the golden envelope
and making a decision please read
my letter up to the end.

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

MT500-30 USA

M1800-30 CAN-ROW-UK-USA

*Marie de Fortune*
P.O. Box 8
NL-1689 ZG Zwaag
The Netherlands

Please use
sufficient
postage.
Thank you.



*The title of "Great Universal Clairvoyant of the Century" is the highest distinction I have received. The talent of accomplishing genuine miracles and communicating with the most powerful forces of the Beyond is a wonderful gift from Heaven. But it is also a heavy responsibility for me since there are no limits and everything becomes possible. I offer my help to all those who require it. This is my solemn commitment, a wish from Heaven that I have never betrayed and that I will continue to respect.*

**Marie de Fortune**
Expert in telepathic research
and analysis. Fifth generation
clairvoyant and tarot expert.

3019596948    0841180030.0.66    25501

M1800-30 USA

*Excuse me, dear* ███████████.
*I ask you to please excuse me!*

Dear ████████,

Last week I heard your distress call, your plea for help in a difficult situation.

I immediately started concentrating on you but unfortunately I had to interrupt my work to come to the rescue of a child who was in need of a great deal of help. The forces of evil were at the point of taking possession of him. I had to start this work right away.

Two hours later, after an incredibly hard fight - almost bloody - I was finally able to breathe easier again. The combat was ferocious, but victory was mine. The child was saved and the forces of evil destroyed. But I was totally exhausted and could not work for 3 days.

I am now better and the first thing I did was to resume working on your case. I had already begun a parapsychic analysis to determine the entire extent of your situation.

I feel very close to you and assure you that I will ask for no money for my work. I truly have the immense feeling that I have to protect you.

This is why I solemnly promise to do everything possible so that all your desires will come true. I have never gone back on my word.

- 1 -

M1800-30 USA

Since I had no contact with your karma, I was lost. After praying for more than an hour to establish a spiritual contact with you, I felt a chill run down my spine: I understood your call for my help and gave you my undivided attention – with nothing else in the way.

Now I first have to obtain your agreement. You have to accept that I will act in your name. I will show you that I never betray those for whom I act. In your case as well, I will win.

**I will protect you and fill your life with wealth and love.**
**I want you to benefit from this incredible chance.**

Forget your sorrows and worries. Give them to me.

*Read these predictions now.*
        *They require immediate action!*

**Attention, before 4/19/2016!** I had a clear and precise vision. I saw a worrisome event that I am sure I can prevent. I want to keep you perfectly safe and ask you not to leave home after 8 pm.

*ATTENTION!*    Someone will stab you in the back! This is only an image but you must know what it is about.

Someone is speaking behind your back. Negative waves are being sent that torment you. Between 4/24/2016 and 4/29/2016, you will receive a registered letter concerning money for you. A very large sum of money. Do not speak to anyone about this. Keep this a secret to yourself until you put the money in the bank. And even after that, you should keep total silence regarding this small fortune. Be very discreet.

These two events are extremely urgent and require immediate action by me. But there are also other problems. I sense that your heart is heavy. I know your financial situation is tense and you pray for your life not to remain a constant struggle. Now I have wonderful news for you: your combat is over. Today!

I can give you all the guarantees in my possession – legal, moral and contractual.

When I make a wish, I really make it. Whatever it is. My past has proven this. I am recognized worldwide for never having failed. I have even solved the most desperate problems that often required a miracle.

I will perform miracles for you ... and now I will explain.

Your problems are in three areas and I am going to take care of each of these issues.

        1 - Your unanswered prayers and lack of good luck
        2 - Love, family and friends
        3 - Money and material wellbeing

· 2

M1800-30 USA

**Unfulfilled wishes for good luck:** the difficulties you are faced with are not your fault, ███████████.

I discovered two things. First, someone has cursed you and is trying to influence you negatively. Secondly, for the last 16 months you have been in a negative astral cycle, interrupted only briefly by several short positive moments.

I am going to carry out a purification ritual that will free you from these harmful waves.

I am convinced that this will take care of the first problem. The end of your streak of bad luck is near at hand.

Your negative astral cycle will end on 4/22/2016. On 4/25/2016, you will enter a period of extreme luck that will last for 91 days. **During those 91 days, I must help you so that you can profit from all possible opportunities.** With my advice and my magic ceremonies, genuine miracles will happen. You will see for yourself. I can now see how a large sum of money is going to completely change your life between 4/24/2016 and 4/29/2016 and again around 5/17/2016. Each of these days will be a momentous time for you. This period will really be a unique opportunity, dear ███████████.

**Love, family and friends:** my powers and my help are infallible in this area. There is no problem I cannot solve. My miracles acting on love work right away and last an entire lifetime. I will conduct a very special sacred ceremony for you so that your life will be filled with joy and love. I will tell you the names of the people, the key dates, the events and everything you will have to know. I promise you can count on this.

**Money and material wellbeing:** starting on 4/24/2016 your financial situation will change radically and in a way you can absolutely not imagine. Your money problems will be swept away. Worry will be a thing of the past. Money will come your way. There will be incredible opportunities that open up. **I have in my hands at least 7 golden keys for a marvelous fortune for you.** For example, on 5/14/2016 you will be able to make an incredible deal without paying a cent.

If you follow my advice and act accordingly, you will **quickly become rich and totally independent.** I know what I'm talking about. Many people I have worked with until the present have become immensely rich.

Dear ███████████, once and for all, write down what you want, for example: a house, a car, pay off debts, jewelry, travel to the ends of the earth, whatever you want. **Dear ███████████ every one of your dreams will come true. Every one!**

There is much more to come but I can now tell you only of what I will do for you. The first thing I will do is prepare a parapsychic report on you. The most thorough possible. I will explain every action that must be undertaken down to the slightest detail.

I will conduct prayer ceremonies every day for 91 days. I will send your lucky numbers and sacred magic texts you need so much. I will carry out secret rituals and recite magic prayers that will protect you and bring you joy and security.

It is now time to reveal the secrets that will radically change your life. With this letter, you have a golden envelope printed with

## "A secret between you and me".

It is extremely important because it contains very powerful magic. In it are personal secrets destined only for you. You must decide now whether or not you want to accept my help and my instructions that come from the Beyond. If you refuse, never open the envelope. Never!

Open it only if you have the absolute certainty that you will accept my help and follow the instructions I will propose. Put the envelope aside and nothing will happen in your life. But if you open it, we will work together and my friendship will last a lifetime.

I know that I alone am the only person who can really help you. **I will make real miracles happen for you – concerning money, love and happiness.** So please accept my help and return the enclosed Personal Demand Certificate with a symbolic contribution towards my expenses. Before returning anything, open the golden envelope because it contains other important instructions.

Answer today. Believe and don't put off to tomorrow something that is so important for your future.

Your Angel of Light

P.S. If you **decide** to open the golden envelope, do it now. Its secret will surprise you!

# THE 5 SECRETS OF THE ANGEL OF LIGHT

The exceptional gifts of this clairvoyant. How can she do everything she says she will? Why does she take care of desperate cases? Why does she resolve every problem in 24 hours and what type of help does she refuse.

**W**e wanted to find out the origins of the exceptional gifts of this clairvoyant. How can she do everything she says she will? Why does she never fail? Why does she take care of desperate cases? Why does she resolve every problem in 24 hours and what type of help does she refuse.



**What is your secret that makes you 100% sure of your predictions?**

I have the gift of communicating with supernatural powers. They always tell me precisely what will occur. This is why I never make false predictions. It is also the reason why I am recognized by international congresses of my community and receive so many positive and encouraging letters.

I know that many people are convinced that it is not possible to communicate with beings from the Beyond. They are wrong. I see them, I hear them and I feel their presence. I talk with them every day. I have total trust in them. That is why I work with them – against the powers of Evil. I help those whose are really in need and I have never betrayed anyone.

**It has been said that you never abandon someone who consults you. What is the amazing secret that lets you assuredly and rapidly attain such miraculous results?**

It's true, I never abandon anyone and have never betrayed a single person. When I start working with a person, I give my all. I love this person and work day and night on his behalf. For me, this person is like a lifelong friend. A friend who I will protect and defend with all my might. I have many resources at my disposal to help those who extend their trust to me. I know the secret rituals, the sacred stones, the divine incantations. I know how to conduct age-old occult ceremonies and that are truly mastered by only a handful of clairvoyants.

I use my psychic capacities to learn how to understand the people who need my help. When the angels reveal the future of chosen people to me, I use all my power to grant love, happiness and wellbeing to that person. I have long had the reputation of never failing.

**Why do you prefer to work on the most desperate cases? Cases where it seems that everything is already lost.**

Most people think in "earthly" terms. For example it's more difficult to lift 100 pounds than 50. Having debts of 10,000.00 is more worrisome than only 1,000.00. This way of thinking is of course not false, but I work on a higher plane, where angels can predict 5 or 6 winning lottery numbers just as easily as 3. I can bring two star-crossed lovers together for life just as easily as for a year. It is just as difficult to accomplish a ceremony that leads to incredible richness as it is to conduct one that will ensure subsistence for life. The laws of physics as we know them are not totally applicable in the spiritual world. This is how I can solve a very complicated problem as easily as mundane event. With this in mind, I prefer concentrating my forces on cases for which the solutions are dramatic and spectacular. In the spiritual world where I exercise my gifts, there is no problem without a solution. No matter how big it is. A miracle is a miracle. Big or small.

**You are known to resolve problems in only a few days, and sometimes even more rapidly. How is that possible?**

Time is an earthly concept. Miracles occur outside the limitations of time and space. Jesus didn't need 10 days to resuscitate the dead or 2 weeks to learn how to walk on water. Miracles become a reality in a flash or they never come to pass. If this happened according to the laws of physics, there would never be the slightest miracle. If I change the life of a person in one day, most people are impressed as much by the speed as by the miracle itself. That's human nature …

**Are there cases where you couldn't or didn't want to help?**

I never use my powers for negative work. I never cast spells or maledictions on people. I largely have the power and the knowledge to do that, but I want only to do well. My powers are gifts from Heaven and are destined to help people. My mission on earth is clearly defined and my oath to help people is irrevocable. ■

- 5 -

M1800-50 USA

# Personal Demand Certificate

*for miraculous help – Money, Love and Happiness...*
*... 91 days of extreme chance*

*Respond today!*

Return to: Marie de Fortune, P.O. Box 8, NL-1689 ZG Zwaag, The Netherlands

☐ **YES, dear Marie de Fortune, I thank you for having written and I am asking you to help me immediately to protect me and accomplish all the miracles you promised. I accept freely:**

1. That you carry out <u>the spiritual purification ceremony</u> that will free me from all negative waves and influences.

2. That you prepare a <u>**complete parapsychic report**</u> for me in order to guide me reliably during my 91 days of extreme luck.

3. That <u>**you pray for me every day and stay actively alongside me during these 91 days.**</u>

4. That you send me <u>**my lucky numbers, the important dates, people and events**</u> that will be the most important during this period of 91 days.

5. That you do everything in your power so that <u>**I receive money, love and happiness.**</u>

6. That you <u>**stimulate my parapsychic faculties**</u> – revealed in your golden envelope and with the Talisman of the Order of Clairvoyants.

In these conditions, I am sending you the symbolic sum of **$ 50** to cover your costs and shipping charges for my **complete parapsychic report** and my Talisman. I am also returning the **Talisman of the Order of Clairvoyants –** that I have manipulated as you asked.

☐ Yes, I know I am covered by **YOUR UNIVERSAL AND TOTAL GUARANTEE**. It assures me total protection. If I am not satisfied with your help for any reason, all I have to do is write to you and return everything. I will immediately be reimbursed in full.

☐ Yes, I want to receive **priority processing.** I know you have a lot to do, which is why I am asking you to start now. I am paying an additional **$ 5** for this service.

I am paying my participation towards cost of **$ 50 or $ 55 as follows:**

**(Fill out and return in the enclosed reply envelope)**

☐ By bank or postal check made out to Marie de Fortune   ☐ By cash enclosed

☐ By credit card:   ☐ Visa   ☐ MasterCard   ☐ American Express

M1800-30_USA

3019596948   0841180030.0.66

Card No.: ⌷⌷⌷⌷ ⌷⌷⌷⌷ ⌷⌷⌷⌷ ⌷⌷⌷⌷

Date: ⌷⌷ ⌷⌷ ⌷⌷   Expires on: ⌷⌷ ⌷⌷

Signature: (required for credit card payment)

E-mail: ⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

☐ I prefer to pay with two installments. I am sending 2 checks for $ 27.50 each. You can deposit the first right away and the second in one month.

*Here is my date of birth:*

*Here is my telephone number so you can contact me.*

*If my address is not correct or is incomplete, I have corrected it below.*

3019596948   0841180030.0.66

*A secret between you and me!*

*Read the letter BEFORE opening this envelope.*



M1800-30 USA

# Personal Letter from Marie de Fortune
## The Angel of Light

### This is the secret between you and me

I could not share this secret with you up to now. I had to wait for your decision. I also feared it would have too much influence on you. I cannot take the risk of working with someone who wants only to take advantage of a priceless gift.

Now I can reveal to you that you have parapsychic gifts. You never recognized them or used them because you were blocked by a traumatic event dating back to your childhood. These gifts bring us together and for this reason I advise you to profit from the services of the Talisman of the Order of Clairvoyants that I have placed in this envelope.

You in fact possess enormous parapsychic faculties. At the present time the dormant energy and force of these powers are imprisoned inside you. Once released, all your dreams will come true.

The Talisman of the Order of Clairvoyants will reactivate your faculties. It will enable you to concentrate on your most important desires. There is no limit to wealth, happiness, love and success. You can obtain anything you want.

The Talisman of the Order of Clairvoyants has had its inestimable and mysterious powers since the Middle Ages. It is said that it can be used only by people having powerful parapsychic capacities and I know you have them. This is why I am sending you this priceless gift.

This Talisman captures the energy of your aura and concentrates it in the realization of your most important desire. Simply hold it tightly in your hands and concentrate. You will feel like a wave of energy passes through your entire body. All of a sudden, you will feel as if the Talisman has become heavier and is moving between your hands. When you feel this, you will know that your wish has been considered.

This Talisman will absorb your energy and concentrate it in a wave of occult forces to direct it towards making your wish come true. It will be activated by your own parapsychic faculties that have not yet fully matured but that could rapidly become highly effective.

This Talisman was once the most jealously guarded secret. He who possesses the Talisman of the Order of Clairvoyants always benefits from a succession of very positive events. This mystic force is now yours.

The intensity and energy of the Talisman of the Order of Clairvoyants grants 7 royal treasures to its holder: wealth, happiness, love, health, wisdom, respect and success. If you hold the Talisman firmly between your hands, you will immediately feel its incredible force.

You now know the exceptional force of this precious gift and you know what it can do for you. You also know that you yourself possess special parapsychic abilities. I hope you now realize why I first had to be sure I could trust you before revealing this secret.

I also said in my letter that it would be difficult for me to become spiritually linked to you if I did not have a personal object of yours.

Once you have held the Talisman firmly between your hands, it will become charged with your vibrations. Do it right now, it's preferable. <u>Then return it to me with your Personal Demand Certificate</u>. I have to establish a psychic link with you and in this way I can send you all the help and interventions I promised.

In addition, this Talisman will enable me to conduct a secret ritual that can reactivate your parapsychic capacities that are presently blocked.

After about 21 days, these faculties will be totally available to you. When this happens, the action of your new power will truly astound you.

Now I ask you to respond rapidly. We have a lot to do together and time passes more quickly than you imagine.

Your Angel of Light

P.S.: In any case, I will send your recharged Talisman.

M1800-30.USA



**Talisman** of the **Order** of **Clairvoyants**

This Talisman is used specially to establish the psychic link between the members of my Order. Hold it in your hands for several seconds and return it to me with the Personal Demand Certificate.

**HOLD IT IN YOUR HANDS FOR SEVERAL SECONDS AND RETURN IT TO ME WITH THE PERSONAL DEMAND CERTIFICATE.**

# EXHIBIT PAGE
# INTENTIONALLY LEFT BLANK

*Friday the 13th will soon be upon us!*
*As we must act, please answer rapidly.!!!*
*A very large sum of money is involved!*

2. This free contest with no obligation to purchase and with no financia.
annual 2016 contest with other organizing companies. 3. You must res;
this contest is the main prize of the year whose amount is mentioned. 5.
from among all participants who responded correctly and within the deadlir
a Claim Form for a Prize of Millions that is also the participation form. 7. Ir
return it to us within 7 days. 8. Any documents that are incomplete, with
of documents will not be accepted. 9. It is possible to participate without
envelope and not the enclosed reply envelope. Write to the same addres
the outside. 10. This contest is advertising with no direct relation to the pr
The prize will be sent after the winner responds to the registered letter by giv
prize will be sent after the winner has not been won in advance. The main winner rai
give advice on this contest. 13. The responsible company may continue
winner shall consent to the publication of his or her name and photo. 15

PRSRT STD
U.S. POSTAGE
PAID
Permit No. 4066
Cleveland, OH

M1004-27 USA

M1004-27 CAN-ROW-UK-USA

*Marie de Fortune*
P.O. Box 8
NL-1689 ZG Zwaag
The Netherlands

Please use
sufficient
postage

# EXCLUSIVE

*Read the letters of thanks from several people who received happiness and wealth thanks to the help of Marie de Fortune.*



Peter N, Boston

**"Finally a big win"**

*"Dear Marie de Fortune, I want to thank you with all my heart for having helped me obtain this large sum of money. It came just in time because I was at my wit's end, not knowing how I would pay my bills. I could finally pay off a part of my debts. The happiness you bring to people like me is unimaginable. You are a genuine angel."*

Gisela F., Paris

**"You saved me from hell"**

*"Dear Marie de Fortune, I sometimes wonder what would have happened without your help. When you came to me, I was at my lowest point. That constant sadness and distress disappeared from my life as a result of your help. I send you my deepest thanks since I would never have been able to do it alone."*



Brigite P., London

**"You performed a MIRACLE"**

*"I have the distinct pleasure to write you, dear Marie de Fortune. THANK YOU. I hope, from the bottom of my heart that other people in the same critical situation as I was before can also benefit from your exceptional gifts. I can only recommend to those people to accept your advice and act as you suggest, because you have the possibility to help them."*

## Unconditional and Irrevocable GUARANTEE

*"I hereby pledge in all honesty to reimburse the amount paid upon simple written demand if the Cosmological Horseshoe and your important Special Predictions for Friday the 13th do not live up to your expectations.*





# The unique Cosmological Horseshoe



*The Cosmological Horseshoe is given only to the person selected by the higher powers of the universe and named by Marie de Fortune.*

## You are that person *chosen by the highest powers of the universe to benefit from its incredible blessings!*

Prepare yourself for a new life during which your most important wishes will come true.

## Next Friday the 13th,

I can accomplish the most significant and most marvelous task of my life: fill your existence with wealth, love and satisfaction from life, and make your most intense wishes come to pass by transmitting to you the forces of the universe brought together in this unique Cosmological Horseshoe.

IT BELONGS TO YOU.

THIS GREAT SECRET HAS BEEN PASSED DOWN IN MY FAMILY OF GENERATIONS AND GENERATIONS OF GREAT CLAIRVOYANTS AND HAS BEEN JEALOUSLY GUARDED. EVERYONE HAS BEEN AWAITING YOUR COMING SINCE YOU ARE THE PERSON CHOSEN BY THE UNIVERSE FOR PURE HAPPINESS.

M1004-27 USA



**Today, Marie de Fortune has to carry out the greatest and most significant task of her life; she will give the unique Cosmological Horseshoe to the recipient designated by the universe: TO YOU!**

# EXCLUSIVE INTERVIEW

*Extract from an interview with our parapsychic Specialist, Marie de Fortune*



With your Cosmological Horseshoe, the door will finally open for you on a new marvelous life. All you have to do is say YES.

**Read the personal communiqué of Marie de Fortune:**

The Cosmological Horseshoe has been in my family for generations so that at the right time it can be given to the person chosen by the universe. As a clairvoyant, it is now my honor to give to that person this precious and exceptional gift, capable of stupefying godsends. And it is YOU.

When you will have received the Cosmological Horseshoe, you will also receive incredible cosmic forces and the most powerful waves of the universe that attract them and that benefit its owner. You are the chosen person and for you glories, it will attract the positive waves of love, wealth and satisfaction from life, by the formidable energy of the universe which it is the messenger.

In order to develop its true force and power, the Cosmological Horseshoe must be given to a precise person designated by the powers of the universe. Once you will hold it in your hands, your life will change and you will bathe in a veritable ocean of wellbeing, wealth, love, vitality and success.

**B.G.: Marie de Fortune, you have the reputation well beyond our borders of being one of the most famous clairvoyants in the world. What do your gifts mean for you?**

**Marie de Fortune:** *I inherited my gifts. You might say they were already in my cradle when I was a baby. My parents and above all my grandmother knew I was a medium when I was still a little girl. At the time, I learned to accept and use my gifts in order to be of use to others. I have always wanted to use my supernatural gifts to help people who really were in need of them.*

**B.G.: How can you help others with your gifts of clairvoyance?**

**Marie de Fortune:** *Having gifts of clairvoyance also means assuming a certain responsibility. The one who possesses this talent also has a mission to accomplish — one of the most important missions is certainly to help people*

be happy or to help them make their dreams come true. It is always a question of doing good since this need is in fact very strong among the clairvoyants of my family. We absolutely refuse any idea or participation in negative undertakings. And yet it is sometimes difficult to persuade people that I really have the capacity to help them lead a better life. The gratitude and sympathy of people are that all the more touching after a successful mission. For me this is the best reward imaginable.

**B.G.: How do you know which people need your help the most?**

**Marie de Fortune:** *In general, I try to emancipate the largest possible number of people in need. I often receive an inspiration that tells me to contact them. I am thus often guided by higher forces towards people who need my help. I write to them and tell them that I know their solitude, their*

sadness or their financial problems. I can then help them back on the path to love, success and happiness.

**B.G.: Thank you very much Marie de Fortune for this highly instructive interview. ∎**

I would once again like to say that this famous clairvoyant accords interviews only very very rarely. She usually works in total simplicity and discretion. At the occasion of this discussion, we felt her love and understanding of others. People seeking advice find what they need since Marie de Fortune has the capacity to lead others towards the path of happiness.



# LUCKY FRIDAY THE 13th

3020053377    0841100427.0.35    26501



**PRIZE CLAIM STICKER**

| Holder: | |
|---|---|
| Prize No.: | 204477 |
| Main prize: | $ 30,000.00 |
| Payment: | CONFIRMED |

## Official notification concerning payment of
# $ 30,000.00 to you!

Please respond rapidly because if you let the deadline expire, you will lose all your rights to this money!

All you have to do is attach your Personal Prize Claim Sticker on the Claim Form for a Prize of Millions and return it to me. Once your claim will have been validated, it will be obvious:



## Yes, it's true!

### You are the only happy winner!

# YES... YOU WILL RECEIVE THE SUPER PRIZE

of the Lucky Friday the 13th draw!
The check for

# $ 30,000.00
### Belongs to YOU!*

*I am very happy for you!*

Please turn over!

*see conditions of participation

M1004-27 USA

**"Claim Form for a Prize of Millions"**
and $ 30,000.00 whose payment is officially confirmed!

❑ **YES,** I understand that my personal number has been attributed only to me and that the holder of the validated prize number will receive a check for $ 30,000.00!

❑ For the final verification, I am attaching my Personal Prize Claim Sticker opposite.

▶▶▶

**Important information**

Personal number: *confirmed*
Prize: $ 30,000.00
Payment method: *check*

Return without hesitation to: Marie de Fortune,
P.O. Box 8, NL-1689 ZG Zwaag, The Netherlands

## DECLARATION OF AGREEMENT FOR THE RECEPTION OF THE COSMOLOGICAL HORSESHOE

**PERSONAL AND UNCONDITIONAL GUARANTEE**

If you are not satisfied with your Cosmological Horseshoe and your "Important Special Predictions for Friday the 13th", I pledge to refund your payment after a simple written note, no discussion and questions asked

❑ **Yes, dear Marie de Fortune, I want May 13th to be a second birth for me.
IT WILL BE THE BEST DAY OF MY LIFE!**

❑ Yes, I willingly accept your help and thank you for your letter that touched me deeply. Light is finally shining on my daily difficulties.

❑ Yes, I want to FINALLY again see the good and beautiful side of life.

❑ Yes, I want to FINALLY have the material means to win at games of chance.

❑ Yes, I want to FINALLY be happy with the person of my choice.

❑ Yes, I want to FINALLY recover my physical and mental capacities. Help me to do this.

I accept your offer and am returning this Declaration of Agreement today.
Please send me the following as soon as possible:

❑ My **"COSMOLOGICAL HORSESHOE"**

❑ My **"IMPORTANT SPECIAL PREDICTIONS FOR FRIDAY THE 13th"** that will be my memento and without which nothing that could happen will come to pass. To help you terminate these important predictions, I am sending you the description of my three most important wishes on a separate sheet of paper.

❑ My **SURPRISE GIFT** you will send me as a sign of our friendship.

❑ To cover your costs, I am sending the symbolic sum of $ 50 for your work so that you can continue to help others.

❑ I am adding $ 5 for insured shipment. I am paying a total of $ 55.

I am paying as follows (fill out and return in the enclosed reply envelope): 3020053377   0841100427.0 35

❑ By bank or postal check enclosed made out to Marie de Fortune   ❑ By cash enclosed

❑ By credit card:   ❑ Visa   ❑ MasterCard   ❑ American Express   M1004-27  USA

Card No.: |__|__|__|__| |__|__|__|__| |__|__|__|__| |__|__|__|__|   Expires on: |__|__| |__|__|

Today's date: |_____|   Signature: (required for credit card payment) |_____|

I have read, understood and accept the conditions of participation.

26501



*Marie de Fortune*
Expert in telepathic research and analysis. Fifth generation clairvoyant and tarot expert.
By appointment (waiting time approximately 1 year).

*I have to send you a message that will make you extremely happy and cause you to radiate with joy. And this message is destined only for YOU...*

## THIS IS THE MOMENT! THE TIME HAS COME!

I know the precise day and date that
will change you future life forever!

Clairvoyants call this day the
DAY OF THE SECOND BIRTH because it is the start of a new life
of wealth, happiness and success.

The special exceptional date that will be immortalized
on a golden plaque is:
May 13th, 2016!

Yes, it is the day of your SECOND BIRTH!

*Read on quickly and
you will understand why.*

This letter is really only for YOU. Read it in a quiet place!

One thing is certain: many people would like to be in your place because you have been selected by chance. You are the **CHOSEN PERSON** for whom **FRIDAY MAY 13th, 2016** will be the most beautiful and unique day of your life. On that day everything you have experienced until then will be relegated to the shadows... My clairvoyant gifts have enabled me to see that.

This is also why I decided to write to you immediately since I want you to be ready for this formidable news so that you will not be unprepared for it. The thought of being happy is a marvelous thing and you can start to fully savor this joy now. Look at this day like one where you see someone you love. Give it all the cordiality and humanity that you represent.

My long experience as a clairvoyant and the many years during which I have received and sent messages from higher planes have shown me that happiness can always spring up at any moment. But we must not let this exceptional chance go by without seizing it. I am there to "train" you not to miss this day.

I know I can trust you, am asking you to believe me and to answer as soon as possible...

3




…Tell me if you want this unique and marvelous day that will fulfill all your hopes and desires to become the start of a new life for you. **A new star that will illuminate everything for you and those close to you will rise in the sky.** Let this golden star shine with a 1000 lights. But pay attention that this star does not disintegrate immediately because you don't want to see it.

*A new life will start for you on FRIDAY MAY 13th and everything will be as you have always dreamed. Even things you never dared hope for will happen.*

You will see that everything will really become different for you starting on this fabulous day. The essential changes that will occur in your life thanks to my help are **MAGICAL** in the strict sense of the term. Yes, it's true, you have read correctly. I will activate all the secret powers to guarantee you a **FUTURE that is truly happy and SUCCESSFUL** and that will go well beyond anything you could imagine. It will involve all the domains of your life: **MONEY, LOVE, SUCCESS AND SATISFACTION FROM LIFE.** All these fantastic changes will happen on this marvelous FRIDAY MAY 13th.

You can be reassured that I know exactly what I am doing. If not, I would not have written this letter without hesitating one minute. I can assure you I never had a vision as intense as that I had yesterday around midnight.

*Read what happened…*

I was sitting at my desk and was looking out my open window. The sky was filled with stars and I was happy just to see them twinkle. I took a deep breath to take in the fresh nighttime air when I noticed one star that was shining very brightly. **It was the North Star,** a source of light and clairvoyance. Unlike any other star, it controls the strings of fate.

The North Star was like a beacon in the heavens that lit up my subconscious to bring me out of the darkness and remind me that I had very important work to do: I had to find the **CHOSEN PERSON,** an unselfish, modest and warm person who, like you, has had to cope with many problems for some time. I know you have financial problems, that your satisfaction from life has diminished and that you have difficulties with people around you. <u>Believe me, I know to what point this has made your life difficult.</u>

In spite of this, ▮▮▮▮▮ you are courageous and determined. This is why I will help you and will show you how to find the necessary tranquility, happiness and the possibility of making a lot of money.

*I am convinced! You are going to understand me now…*

When I was sitting and looking at this marvelous shining star, I was suddenly gripped by immense warmth.




4

First I thought I had a fever but my eyes travelled to ONE of the sheets of paper on my desk and I saw how the light of the North Star fell on it. The sheet of paper started to glow with a marvelous light the likes of which I have never seen. I am sure that this wanted to tell me that it was this sheet of paper and not another that was important. There is no doubt, it was yours, dear █████!

I picked it up and saw that it was a sheet on paper on which I wrote all I am doing for you and what impression I had of you.

I first thought it was an optical illusion but I quickly realized that it was not a hallucination: **it was as if something luminous was on your paper.** Someone had written on it! I recognized the outline of a silver HORSESHOE that was flashing and underneath it was a date:

## May 13th, 2016

As much as would like to, I cannot tell you how much time I spent staring at the paper, so much was I fascinated by the flashing horseshoe and the magic that filled the room.

## You are asking yourself why YOU were chosen! And why precisely that day?

Let me tell you a story about this: as in many families, gifts and powers have been passed on from generation to generation in mine. I inherited my supernatural gifts from my grandmother who unfortunately passed away many years ago. God rest her soul.

I was very very close to my grandmother. She taught me about GOOD and EVIL, she taught me how to use my talent to help those close to me and to make the best of what destiny had placed in my cradle as a baby.

The night when the North Star suddenly illuminated the paper – your paper – on my desk, an event I had not thought about for a long time came to mind. All of a sudden I saw myself sitting with my grandmother in front of the fireplace of my parents' home. We were both gazing at the flames and felt the heat of the fire when my grandmother gave me a letter and said the following words:

"A day will come when it will be time to open it. Until then, keep this letter and wait for the sign you will receive at the right time."

My grandmother said this with her very soft but impressive voice. She was a strong and beautiful woman who endured two World Wars in silence.

This happened many years ago and I immediately knew it was time open my grandmother's letter. I quickly removed it from the small box it had been in all these years. With trembling fingers, I opened the envelope and read:




M1004-27 USA

*"My dearest granddaughter,*

*I think the time has come to confide an ancient secret that has always been kept in our family. You know that you have very special gifts and one day you will receive cosmic information from the universe that you must understand, interpret and use rapidly. **One of the sheets of paper on your desk will be illuminated by the light of a sparkling star and will have an explicit sign.** The sign of the golden destiny of a person you must help by giving the Cosmological Horseshoe charged with all the positive waves of the universe. This person's life will change radically if there is trust and if this trust is allowed to be the guide to the path of joy, happiness, wealth and wellbeing.*

*The Cosmological Horseshoe is a reproduction of the horseshoe originally made by our village blacksmith, Master Friedrich. At the time, I had given him iron ore that landed on earth from the universe millions of years ago. He had to make a horseshoe that would magnetically attract the most powerful cosmic waves. The iron ore came from one of our ancestors and was in our cellar for a long time. It had to be used only to make a Cosmological Horseshoe. You should know that many people accord a sacred value to iron from meteorites since it comes from the sky and the universe.*

*The properties of this magnetic iron have always symbolized forces of positive attraction. Magnetic stone was once used as a talisman by magicians to attract the positive waves of love, happiness and wealth. The fabulous energy of the Cosmological Horseshoe will now be used for the person you will designate. I have kept it safe so that you can give it to the person when the time comes. Do not forget, my dear granddaughter that your duty is of the utmost importance. **And remember there remains little time until the next FRIDAY 13th to make miracles happen."***

<div align="right">*Your grandmother*</div>

My grandmother unfortunately did not witness what I saw when the paper with your notes was illuminated by the light of the North Star. But she knew that one day there would be a chosen person.

It would have been a terrible thing if I let my grandmother down – for her, for me and for you.

**What my grandmother did not know, however, is that you would be that chosen person, but she knew that one day it would happen...**

She knew that this person would be sympathetic and have a generous heart. But above all, she knew that higher powers would give this person very special happiness thanks to the Cosmological Horseshoe.

 

YOU will receive this Horseshoe from me, with the "Important Special Predictions for Friday the 13th" that I am currently preparing so that you can prepare for your new life and profit from everything, as you deserve.

I would also like to tell you something very important: happiness must be provoked, do not continue to wait passively and remain inactive. You are probably a bit ashamed and don't like to talk about it, but happiness has often turned its back on you. Your financial problems are overwhelming and sometimes you have difficulties making both ends meet.

Above all do not say: "Yes, I know, it's Friday the 13th and it is a lucky day". I would not have written to you if it was merely a "lucky day". I certainly would not have done all this work and cancelled all my appointments. The universe is my witness that MAY 13th will be the day when everything changes for you.

## Are you ready to accept strokes of luck, one after the other? Do you finally want to walk on the path of success and ease and experience true happiness?

Even if your natural modesty prevents you from speaking openly about this, I know that sometimes in the evening your worries prevent you from sleeping, that you often have financial problems making both ends meet.

If it was only money, you are thinking, things wouldn't be all that bad. **But you have the right to win the largest lottery jackpot ever.** You also have the right to luck, good health, to be loved by your family and be appreciated wherever you go. But there is often an abyss between justice and reality.

I know that happiness has passed you by until now. Even small strokes of luck have often been rare. **All this will change if you trust me.**

As I told you, happiness must be provoked and you can profit from it. All you have to do is to **accept the free gift of the Cosmological Horseshoe** to once again have confidence in you and your destiny in a flash. I will tell you exactly what you have to do to seize happiness for a long time. I received the message that May 13th will be the day when everything changes for you.

I analyzed this Friday May 13th for you and it is precisely one week after the new moon. This is a second sign of your destiny, of your new life.

You now have the possibility of soon starting your "new life". Putting an end to the problems and troubles of your difficult life today depends only on you. And I know that this can happen with the help of the Cosmological Horseshoe.



7



In order for me to rapidly complete your "Important Special Predictions for Friday the 13th" and send them to you with your Cosmological Horseshoe, you **must return** the enclosed **"Declaration of Agreement"** and tell me THREE WISHES that I must make come true for you in priority. I suppose I will receive your Declaration of Agreement in the next few days. While waiting, I will finish your "Important Special Predictions for Friday the 13th" as soon as possible.

But hurry, because FRIDAY May 13th, 2016 is just around the corner and I want to absolutely avoid your missing out on this extremely important day. It is not an accident that we say that happiness and success cannot wait.

I have a small request: in order to cover a part of the cost of my work, I am asking for a small, symbolic contribution so that I can continue to help others who like you are waiting for one thing: that I "knock on their door" and bring them happiness.

For once in your life, please stop having doubts about your existence. Let me help you and fill your life with wealth, happiness and satisfaction. **I guarantee you will not be disappointed.** I am stating this in writing. You can believe it, on my honor as a clairvoyant.

Your personal happiness depends on the confidence you show towards me and on the decision you will make. You are now the only person with the possibility to say "YES" but all those you love will also benefit.

With my warmest greetings

Marie de Fortune

*My best wishes for happiness!!*

ATTENTION, dear ████: do not forget the COSMOLOGICAL HORSESHOE must IN NO CASE be lent or given. If this happens, it will lose all its cosmic powers since it is destined only for you. Its powers can develop only with you because you have real need of it. With the "Important Special Predictions for Friday the 13th", you will also receive all the necessary information so that you can soon activate your happiness. Now answer very very rapidly since this chance happens once in a lifetime.

*IMPORTANT: above all do not commit the error of doubting the extraordinary capacities of your Cosmological Horseshoe. You could regret it for the rest of your life*




M1004-27 USA